# EXHIBIT 1

**VIRGINIA:**
**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

**VIRGINIA STATE BAR,**

  **Complainant,**

  **v.**

            **Case No. CL25000531**

**LOUIS B. ANTONACCI,**

  **Respondent.**

## DECLARATION OF LOUIS B. ANTONACCI

I, Louis B. Antonacci, under penalty of perjury, declare the following:

1.   I am over 18 years old and I am competent to testify to the facts and matters set forth in this Affidavit. I have personal knowledge of the facts set forth in this Affidavit and, when called to testify, will competently testify to these facts.

2.   I am filing this declaration to ensure there is a written record correcting some of the lies told by Tony Antonacci and Shaun So to the Virginia State Bar's investigator, Mr. Robert Graves. Mr. Graves never asked me about my relationships with either of these people. Mr. Graves clearly sought to give them the opportunity, which was clearly premeditated, to make baseless personal attacks on me while not giving me the opportunity to address those attacks. I am filing this declaration to address some of those attacks and expedite my testimony in this matter, and will testify as to the veracity of all these statements during the hearing on this matter.

3.   I will also note here that I will be entering the correct transcript of my interview with Mr. Graves into evidence. Mr. Graves's "investigative report" indicates that his transcript was auto-generated by a software application, so he may claim that the myriad errors in that transcript are the

result of software errors. But he has the audio recording and he did not correct those errors, so it seems reasonable to infer that Mr. Graves committed those errors deliberately in order to prejudice Antonacci.

4.      Mr. So falsely claims that, in Spring 2022, we discussed Storij using another lawyer. That is not true. Shaun and I have not spoken since 2021. We have not exchanged any emails since 2021 either, except that Charlie Galbraith emailed both of us in early 2022 about a potential mountaineering expedition. I did not respond to that correspondence. The only text messages I exchanged with Shaun So were in regards to his mountaineering boots, which I told him he could pick up anytime.

5.      Shaun So's claims that he cannot afford a countersuit is false. Shaun So is independently wealthy because he is married to Anna Chlumsky, a relatively famous actor. They live in a $2,000,000 condominium in Williamsburg, the most affluent neighborhood in Brooklyn, NY. To my knowledge, they also own continue to own and rent out their condominium in Bushwick. They also own property in upstate New York. Shaun So could have afforded to file a Rule 11 motion to recover his attorney fees. He did not because he has no credibility. Instead he expended vast sums fighting for a protective order to prevent him from answering 19 requests for admission. Shaun So's statements to the investigator have no credibility. And Shaun So has no basis for any "countersuit" against me.

6.      Shaun So also falsely claims that I like to "party" and that "partying" is my "modus operandi." It is unclear to me why Shaun would say something like that except to be falsely disparaging. Unlike Shaun So, I am an Ironman triathlete with a relatively intense training schedule. When Shaun came to Washington, DC, we would typically get dinner and sometimes have a drink or two after. Although on Veterans Day 2016, Shaun asked me to accompany him to Murphy's Grand Irish Pub here in Old Town Alexandria, Virginia. Shaun proceeded to get blackout drunk, and he was subsequently forced to leave The Majestic Café because he was so intoxicated he dropped a drink on the floor. We were with one of his employees, Ms. Amber Schleuning, at that time.

2

7.    Shaun So's statement that I disappeared from Storij in 2021 is a lie. After I bought a bigger house in 2019, I moved my firm's office from WeWork to a home office on my first floor. And while Storij maintained an office on the same floor as my office in the Washington, DC WeWork building, there were rarely any employees in that small office. Storij's employees all primarily worked remotely. Their "headquarters" was in a Brooklyn, NY WeWork, where Shaun So lives. For six years, I did work for Storij whenever requested, as is the nature of outside counsel. During the Lane Construction matters, my work with Storij was much slower than usual, and many months would go by without any requests from them at all. After my work with Lane ceased, Storij suddenly began requesting legal work again. Then all requests for legal work stopped in October 2021, and I started to become suspicious of the entire situation. I asked Shaun to go mountaineering in December 2021, so that we could have the opportunity to speak alone and address my concerns. Shaun refused that request, and instead asked for his mountaineering boots back, despite his telling me repeatedly that he no longer does winter mountaineering. The next request for work I received from Storij was in January 2022, immediately after Lane Construction Company's parent company, WeBuild, S.P.A., requested information from my firm regarding legal work with Lane. That request had a very short turnaround time because it originated from WeBuild's Milan, Italy office, and I did not receive the letter they sent in the post until after the due date. Barbara Avvo, Assistant General Counsel of WeBuild, emailed me a copy of the letter shortly before the response was due. And, not surprisingly, Storij suddenly emailed me a contract review request the next day, after not hearing from them at all for three months. My response to WeBuild's request (on behalf of the auditor, KPMG) is attached to the EDVA complaint.

8.    The next time I heard from Storij was April 2022, when they expressly asked my schedule in the upcoming weeks before I visited Chicago on my way back from a marathon in California. I never spoke with Shaun So or Richard Wheeler, or anyone at Storij, about continuing or not continuing my legal work with them. No one from that company ever reached out to ask about my

3

status as their outside counsel. Neither Shaun So nor Richard Wheeler responded to my termination letter in December 2023.

9.      Shaun So complained about the arguments made in my reply brief in the U.S. Court of Appeals for the Fourth Circuit. Again, it is pathetic that Shaun So, a kept boy married to an actress, and whose company was represented by Crowell & Moring LLP in the EDVA litigation, is so thoroughly devoid of character as to claim that he could not afford to proceed under federal Rule 11 if my allegations were actually meritless.

10.      The Bar seeks to introduce that reply brief as its evidence, which I am happy for it to do. What the Bar does not seek to introduce into evidence, which I will, are the arguments made by Shaun So's counsel in their motion for protective order and reply brief, which were the basis of much of my arguments in the reply brief complained of. This is how, as I have argued, this criminal enterprise flips the American legal order on its head: according to these criminals, being correct and an effective advocate is somehow reprehensible, which is consistent with Antonacci's position that they know their actions are indefensible and are ashamed of their entire way of life, which is why they go to such lengths to conceal their fraudulent misconduct. I will introduce into evidence all the relevant briefs and invite the Court and the bar to show me where I am wrong. Because again, this issue was not addressed with me by Mr. Graves.

11.      Mr. Graves never asked me about my relationship with my family during our interview, nor did he ask me about my brother, Tony Antonacci, despite it seeming appropriate to interview him for this case. Tony Antonacci is a high school dropout with a long history of psychological and behavioral disorders. He was expelled from Loyola Academy High School, and later dropped out of Mane Township High School South after failing all his classes. He has never even earned a GED.

12.      Tony Antonacci has abused hard drugs his entire life as well. He has done so much MDMA (ecstasy), cocaine, ketamine and gamma-hydroxybutyrate (GHB or "Liquid G") that what little mental capacity he may have had has been reduced to essentially nothing. And despite being

4

diagnosed with juvenile diabetes when he was eleven, he has abused alcohol, smoked cigarettes and chewed tobacco since he was twelve. He is morbidly obese. People who do not know us often assume he is my uncle because he looks like an obese old man, despite being two years younger than me.

13.     When I visited Chicago in 2022, I sat at his restaurant and spoke with some acquaintances until he arrived. He approached me nervously, and we sat with others and had some drinks. As it got later, he asked me to come see the bar they were working on in an adjoining room. When we got there, I made myself a negroni, and Tony started asking me why I had not texted our father to tell him I was there. I told him that I did text Tino Antonacci that I was in Chicago and at their restaurant, where he works as well, but Tino never responded. After the second or third time he asked me the same question, why I had not texted our father, and I responded that I had, Tony became irate and started screaming that I was a "psycho" and that I should "get the fuck out of there." He threatened me physically, which I invited him to try because Tony Antonacci is neither tough nor an athlete and has never succeeded in a physical altercation against me or anyone that I am aware of. And he knows it. Then he resorted to calling me a loser because I would not leave. I finished my drink and made another while he was yelling all sorts of contradictory nonsense, some of which is consistent with the allegations in my EDVA complaint. Ironically, he accused me of having an affair with his wife, Samantha Antonacci, whom I have known for twenty years and was like a sister to me. I finished my second drink and left, having learned what I needed to know. That Tony Antonacci says I am estranged from the family and that he is worried about me is plainly disingenuous. He expressly told me to "get the fuck out of there" and called me a "psycho" while I stood calmly having a drink.

14.     He did claim during his hysterical tirade that he had slept with my ex-wife, Livya Heithaus, but I never accused him of that. I had already left Livya at that point, but it had nothing to do with Tony Antonacci. It is hard to imagine how an "affair" between them would have even been possible, considering that Livya was only in Chicago from January 2012 to August of 2013, and we only saw my Chicago family a handful of times in the intervening years after we moved back to DC in

5

August 2013. I filed for divorce from Livya in December 2022, and that divorce was finalized in June 2023.

15.     Tony Antonacci did correctly state that our uncle, Anthony Antonacci, Tino's younger brother, has a history of schizophrenia and/or bipolar disorder. I will refer to him as "Anthony." This condition manifested itself, according to Tino and Tony Antonacci, after Anthony Antonacci reported my father to the U.S. Federal Bureau of Investigation for being involved with organized crime, i.e. the "mob" or "mafia." Tino Antonacci claims some federal agents interviewed him in this regard.

16.     Shortly thereafter, Anthony Antonacci disappeared for years and was reportedly homeless around the United States and Europe. I was away during this period, working for the federal government in Huntsville, Alabama, and at law firms in Washington, DC and Northern Virginia. But when I returned to Chicago in 2011, Anthony had returned and was living with my paternal grandparents (his parents) in Norridge, Illinois, and he was a shell of a man. Like Tony Antonacci, Anthony Antonacci had always abused hard drugs, so I believe that exacerbated his mental health condition.

17.     To me it had seemed perfectly reasonable that my Uncle Anthony's mental health problems caused him to report my father to the FBI, as was the story I was told. Our family was never wealthy, and my father's restaurant successes and failures seemed to rise and fall with general economic conditions. We lived in an apartment above his second restaurant for years. He borrowed money from my great uncle's pension to fund his second restaurant, after he lost his first, so it was not "mob money" so to speak. And there was no easier time and place to make it in this world than America from 1960 to 2000, which was the longest period of economic expansion in human history.

18.     And as stated in the EDVA complaint, Tino ultimately ended up moving back in with his parents, in his childhood home, in his mid-sixties because he was broke. And Tony Antonacci had been living off the charity of his wife's family after he could no longer work for my father, to the point where Samantha Antonacci tried to throw Tony Antonacci out of their house (which her father had

6

bought for them) but he would not leave. So she made a spectacle of her infidelity trying to get him to leave, but he stayed nonetheless because he had nowhere to go. These did not seem like the lives of "mobsters" to me.

19.     But it is odd that my Uncle Anthony's life fell apart after reporting my father to the FBI for ties to organized crime. But whatever my father and brother are involved in, it has nothing to do with me, which I wanted to make clear in my federal case. Because from off-hand suggestions I have heard over the past few years, there seems to be some attempt to falsely associate me with my family's "mob ties." If that is happening, it could be an attempt to romanticize Tino and Tony Antonacci's many business failures and justify their selling me out to the criminal enterprise alleged in the EDVA complaint.

20.     What I do know, is that if Tony or Tino Antonacci were involved with the "mob" or "mafia" or other criminal enterprise, they would not admit it freely, as investigator Graves laughably asked Tony Antonacci to do in his telephone interview with him. It should be noted that Tony Antonacci is willing to speak these falsehoods in a telephone interview 800 miles away, but does not have the courage to testify here on behalf of the Virginia State Bar.

21.     Tony Antonacci is a convicted felon, a liar, and a degenerate, and he has been a social parasite his entire life. This makes him an ideal recruit for the criminal enterprise I allege in my EDVA complaint because is effectively helpless – he has no knowledge, skills, or albitites that would allow him to succeed. He only knows what people tell him. His only asset is the fact that he is my brother, so his disparaging me is given presumptive credibility.

22.     Mr. So's Bar Complaint does not allege misconduct against me. I indicated as much to Assistant Bar Counsel Richard Johnson as soon as he sent it to me, as demonstrated by exhibits I will enter into evidence. When I spoke with him in September last year, I asked him what was his basis for proceeding with this action even after I showed him, unequivocally, that there is no simply no basis for it. Mr. Johnson said that he just wanted the investigation to go forward and see what came back.

7

This action is therefore a willful denial of the due process protections of both the Virginia and U.S. Constitutions.

23. Investigator Graves went to great lengths to create a voluminous report to make it seem as if I am the problem. His "investigation" was not in accordance with the mission of the Virginia State Bar, which is to protect the public. It was meant to attack a member of your Bar.

24. This Declaration does not address all the falsehoods contained in Mr. Graves's investigative report.

25. Pursuant to Va. Code § 8.01-4.3, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

**Dated: June 10, 2025**

Louis Bernardo Antonacci
Full Name

Signature

8

This action is therefore a willful denial of the due process protections of both the Virginia and U.S. Constitutions.

23.    Investigator Graves went to great lengths to create a voluminous report to make it seem as if I am the problem. His "investigation" was not in accordance with the mission of the Virginia State Bar, which is to protect the public. It was meant to attack a member of your Bar.

24.    This Declaration does not address all the falsehoods contained in Mr. Graves's investigative report.

25.    Pursuant to Va. Code § 8.01-4.3, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

**Dated: June 10, 2025**

Louis Bernardo Antonacci
Full Name

Signature

8