# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF LICENSING AND CONSUMER AND PROTECTION
## CORPORATIONS DIVISION



## CERTIFICATE OF SERVICE

**This is to certify that:**

A Copy of

Louis B. Antonacci vs BEAN LLC

filed in Case #
1:26-cv-00211

was served on me in my capacity as Superintendent of Corporations.

A copy of the above-listed Documents were sent by certified mail on 02/12/2026
to the registered agent and/or the following business address:

BEAN LLC c/o Registered Agent GLENN SIMPSON
1228 G St SE, Washington DC, 20003, USA

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and caused the seal of this office to
be affixed as of February 18, 2026

Business and Professional Licensing Administration

*Rebecca Janovich*

REBECCA JANOVICH
Superintendent of Corporations,
Corporations Division



Muriel Bowser

Mayor