## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:26-cv-00211 | Court:<br>United States District Court for the District of Columbia | County:<br>District of Columbia | Job:<br>15143532 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Louis B. Antonacci | | **Defendant / Respondent:**<br>Rahm Israel Emanuel. et al. | |
| **Received by:**<br>District Process Service | | **For:**<br>Antonacci PLLC | |
| **To be served upon:**<br>BEAN LLC | | | |

I, Bryce Hilliard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BEAN LLC, 1228 G Street Southeast, Washington, DC 20003

**Manner of Service:** Unsuccessful Attempt

**Documents:** Summons for BEAN LLC, Complaint, Civil Cover Sheet, Notice of Related Case

**Additional Comments:**
1) Unsuccessful Attempt: Feb 6, 2026, 7:48 pm EST at 1228 G Street Southeast, Washington, DC 20003
Knocked three times no response.

Walkway to entrance was snowed in and there were only the fromt door light on

2) Unsuccessful Attempt: Feb 7, 2026, 9:40 am EST at 1228 G Street Southeast, Washington, DC 20003
Knocked on door. No response

3) Unsuccessful Attempt: Feb 9, 2026, 12:26 pm EST at 1228 G Street Southeast, Washington, DC 20003
Knocked no answer

_____  02/12/2026
Bryce Hilliard               Date

District Process Service
43529 Clivedon Court
Ashburn, Virginia 20147

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
**Notary Public**
02·12·26        04· 30 · 2028
Date        **Commission Expires**

STATE OF Virginia
COUNTY OF Fairfax
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 12th DAY OF February 2026
BY Bryce Hilliard

NOTARY PUBLIC

SABAHAT LIAQAT MENGU
Notary Public
Commonwealth of Virginia
Registration No. 326880
My Commission Expires Apr 30, 2028