## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LOUIS B. ANTONACCI,**

Plaintiff

**v.**

**RAHM ISRAEL EMANUEL et. al.**

Defendants.

**Case No. 1:26-cv-00211**

## PLAINTIFF'S MOTION TO LIFT STAY AND
## ORDER DEFENDANTS RESPOND TO COMPLAINT

Plaintiff Louis B. Antonacci ("Antonacci") hereby files this Motion to Lift Stay asking the Court to order the Defendants to respond to the complaint (dkt.1), and states as follows:

In its February 18, 2026 Minute Order, this Court relieved Defendants of any obligation to respond to the complaint (dkt. 1) "until directed to do so by the Court." The Court indicated it would do so after "Plaintiff has filed proof of service on each Defendant."

Antonacci has served 15 of the 16 Defendants in this matter. (Dkt. 7, 18, 13-16.) The final Defendant, Richard W. Johnson, Jr., is faking sick to avoid service of process, like a child. *See* attached correspondence with Richmond Sheriff's Office. Johnson first refused to accept service by a private process server, and is now feigning illness to avoid responsibility for his federal crimes.

Johnson is therefore demonstrating the truth of one of Antonacci's allegations against him: Richard Johnson is a coward. And it will be noted that the Virginia State Bar, and Richard Johnson, had no qualms about harassing Antonacci while he was undergoing and recovering from two reconstructive surgeries in 2024.

This case should not be delayed because Richard W. Johnson, Jr. is afraid of accountability. The Defendants have already been granted an extension and Antonacci has done all he can to serve process. This case should not be further delayed by Richard Johnson's dubious antics.

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci hereby requests this Court Lift its Stay and order the Defendants respond to the complaint.

**Dated: February 20, 2026**                                    Respectfully submitted

/s/ *Louis Antonacci*

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed this Motion with the Court's CM/ECF system, which caused it to be served on all counsel of record.

**Dated: February 20, 2026**                    Respectfully submitted

/s/ *Louis Antonacci*

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com