

Louis Antonacci <lou@antonaccilaw.com>

## Service of Process

17 messages

---

**Louis Antonacci** <lou@antonaccilaw.com>                          Mon, Feb 2, 2026 at 2:37 PM
To: Sheriff@rva.gov
Cc: Louis Antonacci <louantonacci@gmail.com>

Good afternoon,

Please serve Richard Johnson personally with the attached complaint and summons as soon as possible. Let me know if you have any questions. I can remit payment by whatever method you prefer. Thank you.

Lou Antonacci


**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**2 attachments**

 **Johnson Summons Issued.pdf**
    3351K

 **Antonacci v Emanuel - DC 2026 Compressed.pdf**
    7523K

---

**Louis Antonacci** <lou@antonaccilaw.com>                          Wed, Feb 4, 2026 at 4:23 PM
To: Tia.Burnett-Rogers@rva.gov
Cc: sheriff@rva.gov

Tia,

You should receive the summons (attached), complaint (attached), check for $75 with prepaid return envelope, and my attached letter (attached) tomorrow.

Please serve Mr. Johnson personally, as per the summons and complaint.

Thank you,
Lou Antonacci


**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**3 attachments**

 **LTR to Richmond Civil Process Re Johnson Subpoena.pdf**
1365K

 **Antonacci v Emanuel - DC 2026 Compressed.pdf**
7523K

 **Johnson Summons Issued.pdf**
3351K

---

**Louis Antonacci** <lou@antonaccilaw.com>                                    Fri, Feb 6, 2026 at 3:05 PM
To: Tia.Burnett-Rogers@rva.gov
Cc: sheriff@rva.gov

It appears I put the wrong address on the package, as you can see on the letter. I apologize for the delay. The package will arrive next week. Thank you for your consideration.

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                                    Mon, Feb 9, 2026 at 4:34 PM
To: Tia.Burnett-Rogers@rva.gov
Cc: sheriff@rva.gov

Good afternoon! I received a FedEx notification that the package was delivered today. Please do not hesitate to reach out with any questions or concerns. Thank you!

Lou Antonacci

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Burnett-Rogers, Tia - Sheriff's Office** <Tia.Burnett-Rogers@rva.gov>       Tue, Feb 10, 2026 at 7:51 AM
To: Louis Antonacci <lou@antonaccilaw.com>

Good morning,

Is the one showing delivered, the one you sent to the wrong address?

I have not received anything from you yet.

## Tia Burnett-Rogers

Court Services Office

Administrative Assistant (Jury Office/Civil Process)

Richmond City Sheriff's Office

400 N. 9TH Street, LL1

Richmond, Virginia 23219

(804) 646-0545 O
(804) 646-0385 F

[Tia.Burnett-Rogers@rva.gov](mailto:Tia.Burnett-Rogers@rva.gov)

---

**From:** Louis Antonacci <lou@antonaccilaw.com>
**Sent:** Monday, February 9, 2026 4:34 PM
**To:** Burnett-Rogers, Tia - Sheriff's Office <Tia.Burnett-Rogers@rva.gov>
**Cc:** Sheriff <Sheriff@rva.gov>
**Subject:** Re: Service of Process

You don't often get email from lou@antonaccilaw.com. Learn why this is important

**CAUTION:** This message is from an external sender - Do not open attachments or click links unless you recognize the sender's address and know the content is safe.

[Quoted text hidden]

---

**Burnett-Rogers, Tia - Sheriff's Office** <Tia.Burnett-Rogers@rva.gov>        Tue, Feb 10, 2026 at 9:11 AM
To: Louis Antonacci <lou@antonaccilaw.com>
Cc: Sheriff <Sheriff@rva.gov>

Good morning again,

I just received your mail. I will process it today.

## Tia Burnett-Rogers

Court Services Office

Administrative Assistant (Jury Office/Civil Process)

Richmond City Sheriff's Office

400 N. 9TH Street, LL1

Antonacci Law PLLC Mail - Service of Process

Richmond, Virginia 23219

(804) 646-0545 O
(804) 646-0385 F

Tia.Burnett-Rogers@rva.gov

---

**From:** Louis Antonacci <lou@antonaccilaw.com>
**Sent:** Monday, February 9, 2026 4:34 PM
**To:** Burnett-Rogers, Tia - Sheriff's Office <Tia.Burnett-Rogers@rva.gov>
**Cc:** Sheriff <Sheriff@rva.gov>
**Subject:** Re: Service of Process

You don't often get email from lou@antonaccilaw.com. Learn why this is important

**CAUTION:** This message is from an external sender - Do not open attachments or click links unless you recognize the sender's address and know the content is safe.

Good afternoon! I received a FedEx notification that the package was delivered today. Please do not hesitate to reach out with any questions or concerns. Thank you!

Lou Antonacci

[Quoted text hidden]
[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                    Tue, Feb 10, 2026 at 12:37 PM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

Thank you. I would greatly appreciate if you could email me the scanned proof of service before dropping it in the mail.

Thanks again,
Lou Antonacci

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                    Thu, Feb 12, 2026 at 12:03 PM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

Tia:

I see my second fedex package was delivered to your office today, per my discussion with your officer on Tuesday.

As indicated in my attached letter, the package contains the original and two copies of the alias summons for Richard Johnson, with the correct address for the VSB.

Antonacci Law PLLC Mail - Service of Process

I would greatly appreciate it if you could provide me with a scanned copy of the executed affidavit prior to dropping it in the mail.

Let me know if you have any questions.

Thanks,
Lou Antonacci

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**2 attachments**

 **Second LTR to Richmond Civil Process Re Johnson Subpoena.pdf**
1351K

 **Johnson Summons Reissued.pdf**
93K

---

**Burnett-Rogers, Tia - Sheriff's Office** <Tia.Burnett-Rogers@rva.gov>          Thu, Feb 12, 2026 at 2:03 PM
To: Louis Antonacci <lou@antonaccilaw.com>

Good afternoon,

Yes I have received it.

As soon as it has been executed. I will scan and email the return.

## Tia Burnett-Rogers

Court Services Office

Administrative Assistant (Jury Office/Civil Process)

Richmond City Sheriff's Office

400 N. 9TH Street, LL1

Richmond, Virginia 23219

(804) 646-0545 O
(804) 646-0385 F

Tia.Burnett-Rogers@rva.gov

---

**From:** Louis Antonacci <lou@antonaccilaw.com>
**Sent:** Thursday, February 12, 2026 12:04 PM

**To:** Burnett-Rogers, Tia - Sheriff's Office <Tia.Burnett-Rogers@rva.gov>
**Subject:** Re: Service of Process

**CAUTION:** This message is from an external sender - Do not open attachments or click links unless you recognize the sender's address and know the content is safe.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                    Thu, Feb 12, 2026 at 2:49 PM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

Great thank you.

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                    Tue, Feb 17, 2026 at 1:38 PM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

Good afternoon,

I hope you had a nice holiday. Has Mr. Johnson been served? Thanks!

Lou Antonacci

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Burnett-Rogers, Tia - Sheriff's Office** <Tia.Burnett-Rogers@rva.gov>         Tue, Feb 17, 2026 at 3:02 PM
To: Louis Antonacci <lou@antonaccilaw.com>

Hello,

Not yet.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                                                                    Thu, Feb 19, 2026 at 1:06 PM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

Hi Tia,

Following up on this. Has Mr. Johnson been served? Thanks!

Lou

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Burnett-Rogers, Tia - Sheriff's Office** <Tia.Burnett-Rogers@rva.gov>                                  Fri, Feb 20, 2026 at 6:53 AM
To: Louis Antonacci <lou@antonaccilaw.com>

Good morning,

LT. Trotter will make 3 attempts.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>                                                                    Fri, Feb 20, 2026 at 7:40 AM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

This should not take more than one attempt. Mr. Johnson is a state employee being served at his state office in the City of Richmond. Lt. Trotter is a sheriff of the City of Richmond being asked to execute a lawful order to serve Mr. Johnson with legal process.

Has service been accomplished? Thank you.

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]

---

**Burnett-Rogers, Tia - Sheriff's Office** <Tia.Burnett-Rogers@rva.gov>      Fri, Feb 20, 2026 at 10:53 AM
To: Louis Antonacci <lou@antonaccilaw.com>

Mr. Johnson is out sick and there is no one else there authorized to accept service.

[Quoted text hidden]

---

**Louis Antonacci** <lou@antonaccilaw.com>      Fri, Feb 20, 2026 at 10:56 AM
To: "Burnett-Rogers, Tia - Sheriff's Office" <Tia.Burnett-Rogers@rva.gov>

That is really pathetic. But as I have said, Richard W. Johnson is a coward. Lt. Trotter should simply call VSB to see when he get back.

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com



**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[Quoted text hidden]