**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Louis B. Antonacci | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 1:26-cv-00211-LLA |
| | ) |
| Rahm Israel Emanuel, *et al*. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO DISMISS

Defendants The Lane Construction Corporation and Seth Firmender, by counsel and pursuant to Fed. R. Civ. 8, 12(b)(1) and 12(b)(6), hereby move this Court for an Order dismissing with prejudice Plaintiff's Complaint.

The grounds for this Motion are set forth in the accompanying Memorandum of Law filed in support of the Motion.

Dated:  February 26, 2026                    Respectfully submitted,

/s/ Christopher W. Mahoney

Christopher W. Mahoney, Esquire
Barclay Damon LLP
1742 N Street, NW
Washington, DC 20036
cmahoney@barclaydamon.com
*Counsel for Defendants The Lane*
*Construction Corporation and Seth Firmender*

3230377.50185538.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing upon all parties of record to this cause by electronic notification (NEF) to the CM/ECF participating attorneys.

/s/ Christopher W. Mahoney
Christopher W. Mahoney

3230377.50185538.1