**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Louis B. Antonacci | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 1:26-cv-00211-LLA |
| | ) |
| Rahm Israel Emanuel, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion To Dismiss of Defendants The Lane Construction Corporation and Seth Firmender and the entire record herein, it is this _____ day of _____, 2026 hereby:

ORDERED that the Motion be and is hereby GRANTED, and it is further

ORDERED that Plaintiff's Complaint be and is hereby dismissed with prejudice.

_____
United States District Judge

3230377.50151247.1