**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Louis B. Antonacci                              ) | |
|                       Plaintiff,      ) | |
| v.                                    ) | Civil Action No. 1:26-cv-000211-LLA |
| Rahm Israel Emanuel, *et al.*       ) | |
|                     Defendants.     ) | |

## LCvR 7(m) Certificate

The undersigned certifies that on March 5, 2026, he telephoned and emailed Plaintiff to request that Plaintiff withdraw his First Requests For Admission served on the Lane Construction Corporation and Seth Firmender (the "Lane Defendants"), and to advise that, absent that, the Lane Defendants would file a motion for protective order to stay the time to respond to those Requests, given that under Rule 26(d)(1), a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) and Local Rule 16.3, and given the pendency of the Lane Defendants' motion to dismiss.  Plaintiff did not agree to withdraw his Requests For Admission and instead advised that he would oppose the Lane Defendants' motion for protective order.

Dated:  March 9, 2026                              Respectfully submitted,

                                            /s/ Christopher W. Mahoney
                                     Christopher W. Mahoney, Esquire
                                     Barclay Damon LLP
                                     1742 N Street, NW
                                     Washington, DC 20036
                                     cmahoney@barclaydamon.com
                                     *Counsel for Defendants The Lane Construction*
                                     *Corporation and Seth Firmender*

3230377.50237989.1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of March 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing upon all parties of record to this cause by electronic notification (NEF) to the CM/ECF participating attorneys.

/s/ Christopher W. Mahoney
Christopher W. Mahoney

3230377.50237989.1