## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 1:26-CV-00211** |
| **RAHM ISRAEL EMANUEL, ET AL.** | |
| **Defendants.** | |

## DEFENDANT THE SO COMPANY'S MOTION TO DISMISS

Defendant Storij, Inc. d/b/a The So Company d/b/a Driggs Research International d/b/a STOR Technologies ("The So Company"), by and through counsel, Wilson Elser Moskowitz Edelman & Dicker, LLP, respectfully moves this Court to dismiss Plaintiff Louis Antonacci's Complaint pursuant to Rules 8(a)(2), 9, 12(1), (5), and (6) of the Federal Rules of Civil Procedure. In support of its motion, Defendant relies on the Memorandum of Points and Authorities filed herewith.

Dated: March 16, 2026

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP


*/s/ Jason R. Waters*
Jason R. Waters, Esq. (D.C. Bar No.: 491066)
Lauren E. Gilman, Esq. (D.C. Bar No.: 90008050)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for The So Company*

330655924v.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this March 16, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to all counsel of record.

/s/ Jason R. Waters
Jason R. Waters, Esq. (D.C. Bar No.: 491066)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
*Counsel for The So Company*

330655924v.1