## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 1:26-CV-00211** |
| **RAHM ISRAEL EMANUEL, ET AL.** | |
| **Defendants.** | |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant Storij, Inc. d/b/a The So Company d/b/a Driggs Research International d/b/a STOR Technologies' ("The So Company") Motion to Dismiss, any opposition, any reply, any oral argument, and the entire record herein, it this _____ day of 2026 hereby

**ORDERED**, that Defendant The So Company's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED**, that Plaintiff Louis Antonacci's Complaint is **DISMISSED WITH PREJUDICE**.

_____
Dated

_____
The Honorable Loren L. AliKhan
District Court Judge
U.S. District Court for the District of Columbia

Copies to all counsel of record.

331705611v.1