**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.: 1:26-CV-00211-LLA** |
| **RAHM ISREAL EMANUEL**, *et al.*, | |
| **Defendants.** | |

## PARRISH DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC (hereinafter collectively referred to as "Parrish Defendants"), by and through their counsel, Justin M. Flint, and ECCLESTON & WOLF, P.C., pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby file this Motion to Dismiss the Plaintiff Louis B. Antonacci's ("Plaintiff") Complaint, and in support thereof respectfully state:

1.    Plaintiff's claims against the Parrish Defendants fail as a matter of law.

2.    In any event, Plaintiff has failed to plead its remaining claim against Parrish Defendants. Accordingly, Plaintiff's claims of: violation of Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962 (a), (b), and (c)) (count 1); violation of Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962 (d) (count 2); D.C. Antitrust Act (D.C. Code § 28-4502, 4503, 4508) (count 3); and Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985) (count 4)[1], should be dismissed.

---

[1] Plaintiff's complaint incorrectly states two claims for Count 5 and does not assert a claim for Count 4. Conspiracy to Interfere with Civil Rights is the first Count 5 asserted in the complaint. Thus, Parrish Defendants will refer to this claim as Count 4.

3.      As a result, this Court should dismiss all of Plaintiff's claims against the Parrish Defendants with prejudice.

4.      Pursuant to Local Rule 7(a), the Parrish Defendants hereby incorporate their Memorandum of Points and Authorities.

5.      Pursuant to Local Rule 7(m), there is no duty to confer with opposing counsel for this dispositive motion in this civil actions.

WHEREFORE, because Plaintiff failed his burden of pleading as a matter of law, the Parrish Defendants respectfully request that this Court grant the Parrish Defendants' Motion and dismiss Plaintiff's Complaint against them with prejudice in its entirety.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

*/s/  Justin M. Flint*
Justin M. Flint (#491782)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
Tel: (202) 857-1696
Fax: (202) 857-0762
flint@ewdc.com
*Counsel for Defendants Parrish Law Firm,*
*PLLC and 9208 Lee Avenue, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of March 2026, a copy of the Parrish Defendants' Motion to Dismiss, Memorandum of Points and Authorities in Support, and Proposed Order were served electronically via CM/ECF, to all counsel of record.

*/s/ Justin M. Flint*
Justin M. Flint (#491782)
