**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **LOUIS B. ANTONACCI**, <br><br> **Plaintiff,** <br><br> v. <br><br> **RAHM ISREAL EMANUEL,** *et al.*, <br><br> **Defendant.** | **Civil Action No.: 1:26-CV-00211-LLA** |

**[PROPOSED] ORDER**

Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC's (hereinafter collectively referred to as "Parrish Defendants") Motion to Dismiss Plaintiff's Complaint, any Opposition thereto, if any, and the entire record in this case, it is this ___ day of _____ 2026, hereby:

**ORDERED** that the Parrish Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that all claims alleged in this Action against Defendants Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC are **DISMISSED**.

ORDERED on _____, 2026.

_____
JUDGE LOREN L. ALIKHAN

Copies to: All counsel of record.