**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **LOUIS B. ANTONACCI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:26-CV-00211-LLA** |
| | ) | |
| **RAHM ISRAEL EMANUEL,** *et al* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

Defendant Holland & Knight, LLP ("H&K") respectfully asks this Court for an Order dismissing Plaintiff Louis B. Antonacci's ("Plaintiff") Complaint as to Defendant H&K with prejudice. As explained more fully in the accompanying Memorandum in Support of this Motion, Plaintiff's claims are legally frivolous, fail to comply with Rule 8 of the Rules of Civil Procedure, are untimely, and fail to state a claim. For these reasons, this Court should dismiss Plaintiff's Complaint in its entirety against Defendant H&K with prejudice.

Date:  March 16, 2026                Respectfully submitted,


 /s/ Jason A. Ross
Jason A. Ross (D.C. Bar 1047909)
**JACKSON LEWIS P.C.**
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
Jason.Ross@jacksonlewis.com

*Counsel for Holland & Knight, LLP*


1

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on March 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send an electronic notification of such filing (NEF) upon all parties of record.

/s/ Jason A. Ross

Jason A. Ross

2