**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                          |     |                                         |
|------------------------------------------|-----|-----------------------------------------|
| **LOUIS B. ANTONACCI,**                  | )   |                                         |
|                                          | )   |                                         |
| **Plaintiff,**                           | )   |                                         |
|                                          | )   |                                         |
| **v.**                                   | )   | **Civil Action No. 1:26-CV-00211-LLA**  |
|                                          | )   |                                         |
| **RAHM ISRAEL EMANUEL,** *et al*         | )   |                                         |
|                                          | )   |                                         |
| **Defendants.**                          | )   |                                         |
|                                          | )   |                                         |

## [PROPOSED] ORDER

Upon consideration of Defendant Holland & Knight, LLP's ("H&K") Motion to Dismiss

Plaintiff's Complaint and any opposition thereto, and finding good cause shown, it is hereby:

**ORDERED** that Defendant H&K's Motion to Dismiss Plaintiff's Complaint against

Defendant H&K is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint as alleged against Defendant H&K be and is hereby

**DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

Entered this _____ day of _____, 2026.

_____
United States District Judge Loren L. AliKhan

1

**COPIES TO ALL PARTIES/COUNSEL:**

Louis Antonacci
ANTONACCI PLLC
4126 8th Street, NW, Suite 3
Washington, DC 20011
*Plaintiff*


Jason A. Ross
**JACKSON LEWIS P.C.**
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
*Counsel for Defendant Holland & Knight, LLP*


Barak Cohen
PERKINS COIE LLP
700 13th Street, NW Suite 600
Washington, DC 20005

Thomas J. Tobin
PERKINS COIE LLP
1301 2nd Avenue Suite 4200
Seattle, WA 98101
*Counsel for Defendants Matthew J. Gehringer, Anita J. Ponder, Perkins Coie LLP, and Seyfarth Shaw LLP*


Christopher W. Mahoney
Barclay Damon LLP
1742 N Street, NW, Fifth Floor
Washington, DC 20036
*Counsel for Defendants Lane Construction Corp. and Seth Firmender*


Paul-Kalvin Collins
BAILEY & GLASSER
1055 Thomas Jefferson Street NW Suite 540
Washington, DC 20007
*Counsel for Defendant Rokk Solutions, LLC*


Ethan P. Fallon
OFFICE OF THE ATTORNEY GENERAL FOR THE COMMONWEALTH OF VIRGINIA

202 North 9th Street
Richmond, VA 23219
***Counsel for Defendant Richard W. Johnson, Jr.***


Justin M. Flint
ECCLESTON & WOLF, P.C.
1629 K Street, NN Suite 260
Washington, DC 20006
***Counsel for Defendants Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC***


***Defendant Rahm Israel Emanuel***


***Defendant Storiji, Inc.***


***Defendant BEAN LLC***


***Defendant Descrybe, LLC***


***Defendant Virginia State Bar***