**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUIS B. ANTONACCI,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAHM I. EMANUEL, PERKINS COIE LLP; MATTHEW J. GEHRINGER; STORIJ, INC.; BEAN LLC; LANE CONSTRUCTION CORPORATION; SETH FIRMENDER; DESCRYBE, LLC; ROKK SOLUTIONS, LLC; ANITA J. PONDER; HOLLAND & KNIGHT LLP; THE VIRGINIA STATE BAR; RICHARD W. JOHNSON, JR.; PARRISH LAW FIRM, PLLC; 9208 LEE AVENUE, LLC; SEYFARTH SHAW LLP,<br><br>　　　　　　Defendants. | Civil Action<br>No. 1:26-cv-00211-LLA |

**MOTION TO DISMISS COMPLAINT ON BEHALF OF DEFENDANTS
SEYFARTH SHAW LLP, ANITA J. PONDER PERKINS COIE LLP, AND
MATTHEW J. GEHRINGER**

Defendants Seyfarth Shaw LLP ("Seyfarth"), Anita J. Ponder ("Ponder"), Perkins Coie LLP ("Perkins"), and Matthew J. Gehringer ("Gehringer") (the "Seyfarth/Perkins Defendants") hereby move to dismiss the Complaint filed by Plaintiff Louis B. Antonacci ("Antonacci").

This is Plaintiff Antonacci's third federal case involving an allegedly widespread "conspiracy" involving individuals and entities that have interacted in some way—however tangential—with him. State and federal courts in Illinois and Virginia have  dismissed these claims, and those decisions were readily affirmed as Antonacci exhausted all appeals.

As detailed in the accompanying Memorandum, the Seyfarth/Perkins Defendants ask this Court to reject Antonacci's claims here, with prejudice, for five independent reasons, each of which separately requires dismissal.

*First*, this Court lacks subject matter jurisdiction over the claims. Antonacci's assertion of federal jurisdiction depends solely upon a violation of civil RICO. *See* Civil Cover Sheet (ECF

No. 1-3) at 1. As the Northern District of Illinois and Seventh Circuit held in Antonacci's previous suits, he has failed to allege adequate facts to assert a civil RICO claim. And there is no diversity of citizenship between Antonacci and the defendants. Accordingly, Antonacci's assertion of subject matter jurisdiction fails.

*Second*, Antonacci's claims against the movants have previously been litigated. The Court should preclude him from attempting to re-litigate the same frivolous claims here as a matter of law. Indeed, Antonacci concedes that his dismissed Eastern District of Virginia matter is a "related case" to this litigation. Notice of Related Case ("Notice") (ECF No. 3). In his Notice, Antonacci admitted that this case was filed by the *same* litigant, against the *same* parties, involving the *same* subject matter. *Id.* (emphasis in original). He cannot plausibly argue that *res judicata* does not apply to prevent him from bringing the same frivolous claims yet again here.

*Third,* Antonacci's claims are time-barred. The statutes of limitation for each of Antonacci's claims have long passed.

*Fourth,* the Seyfarth/Perkins Defendants' role in Antonacci's fanciful conspiracy relates to litigation activity that is subject to absolute privilege. To the extent that Antonacci bases his conspiracy on purported defamation, litigation privilege rules cover any defamatory statements made by Seyfarth/Perkins Defendants.

*Fifth*, in addition to these multiple facial deficiencies, Antonacci's bizarre allegations fail to state any plausible claim under Federal Rule of Civil Procedure 12(b)(6).

For any and all of these reasons, the Court should dismiss his claims with prejudice.


[Signature Page Follows]

186216712.1

- 3 -

Dated: March 16, 2026

*Barak Cohen*

Barak Cohen, Bar No. 485945
BCohen@perkinscoie.com
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202-654-6200
Facsimile:  202-654-9000

*Thomas J. Tobin*

Thomas J. Tobin, Bar No. 1049101
TTobin@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile:  206-359-9000

*Attorneys for Anita Ponder, Matthew Gehringer, Perkins Coie LLP, and Seyfarth Shaw LLP*

186216712.1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a copy of the foregoing document via U.S.

Mail and email on the date noted below upon the following:

Louis B. Antonacci
4126 8th Street NW, Suite 3
Washington, DC 20011
lou@antonaccilaw.com

Signed this 16th day of March, 2026.

By: */s/ Thomas J. Tobin*_____
Thomas J. Tobin, D.C. Bar No. 1049101
TTobin@perkinscoie.com
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

- 4 -

186216712.1