**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LOUIS B. ANTONACCI,

          Plaintiff,

          v.

RAHM I. EMANUEL, PERKINS COIE LLP;
MATTHEW J. GEHRINGER; STORIJ, INC.;
BEAN LLC; LANE CONSTRUCTION
CORPORATION; SETH FIRMENDER;
DESCRYBE, LLC; ROKK SOLUTIONS,
LLC; ANITA J. PONDER; HOLLAND &
KNIGHT LLP; THE VIRGINIA STATE
BAR; RICHARD W. JOHNSON, JR.;
PARRISH LAW FIRM, PLLC; 9208 LEE
AVENUE, LLC; SEYFARTH SHAW LLP,

          Defendants.

Civil Action
No. 1:26-cv-00211-LLA

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT ON
BEHALF OF DEFENDANTS SEYFARTH SHAW LLP, ANITA J. PONDER
PERKINS COIE LLP, AND MATTHEW J. GEHRINGER**

THIS MATTER is before the Court on the Motion to Dismiss (the "Motion") filed by Defendants Seyfarth Shaw LLP ("Seyfarth"), Anita J. Ponder ("Ponder"), Perkins Coie LLP ("Perkins"), and Matthew J. Gehringer ("Gehringer") (the "Seyfarth/Perkins Defendants"). The Court, being fully apprised of all premises, hereby orders as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED for want of federal jurisdiction, as the claims are frivolous. As separate and independent grounds, the Motion is also GRANTED on the basis of *res judicata*, for failure to meet the applicable statute of limitations, and for failure to meet the pleading standards pursuant to Federal Rule of Civil Procedure 8 and 9. Additionally, the Motion is GRANTED as the allegations of the Complaint fail to state a claim under Federal Rule of Civil Procedure 12(b)(6).

IT IS FURTHER ORDERED that the Court DISMISSES this case WITH PREJUDICE as the failures of the Complaint's allegations cannot be cured by amendment.

186219436.1

- 2 -

IT IS FURTHER ORDERED that the Court acknowledges that Plaintiff Louis B. Antonacci ("Antonacci") has filed the core of these claims in at least two other federal courts. Pursuant to Federal Rule of Civil Procedure 11(c)(3), the Court ORDERS Plaintiff Louis B. Antonacci to show cause why his vexatious litigation is not violative of Rule 11(b). In considering sanctions, the Court explicitly requests briefing as to whether a nationwide injunction requiring leave of court before Antonacci may file similar claims in other courts would be warranted.

Dated this _____ day of March 2026.

<br>

Judge Loren L. AliKhan
United States District Judge

- 2 -

186219436.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a copy of the foregoing document via U.S.

Mail and email on the date noted below upon the following:

Louis B. Antonacci
4126 8th Street NW, Suite 3
Washington, DC 20011
lou@antonaccilaw.com


Signed this 16th day of March, 2026.


By: */s/ Thomas J. Tobin* _____
Thomas J. Tobin, D.C. Bar No. 1049101
TTobin@perkinscoie.com
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

- 3 -