**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Louis B. Antonacci

                              Plaintiff,

v.                                                              Civil Action No. 1:26-cv-00211-LLA

Rahm Israel Emanuel, et al,

                              Defendants.

**DEFENDANT RAHM I. EMANUEL'S NOTICE OF JOINDER AND JOINDER IN**
**MOTIONS TO DISMISS [ECF NOS. 28, 38, 41, 46, 51]**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Rahm I. Emanuel joins in the Motions to

Dismiss and all supporting memoranda, declarations, and exhibits that were filed on February 26,

2026, by Defendants The Lane Construction Corporation and Seth Firmender [ECF 28]; and on

March 16, 2026, by Defendants Storij, Inc. [ECF 38]; 9208 Lee Avenue, LLC and Parrish Law

Firm, PLLC [ECF 41]; Holland & Knight LLP [ECF 46], and Matthew J. Gehringer; Perkins

Coie LLP; Anita J. Ponder; and Seyfarth Shaw LLP [ECF 51].

Dated: March 16, 2026                      /s/ Jonathan Su
                                           Jonathan Su (DC Bar No. 478171)
                                           LATHAM & WATKINS LLP
                                           555 Eleventh Street NW, Suite 1000
                                           Washington, DC 20004
                                           (202) 637-2200
                                           jonathan.su@lw.com

                                           Edward N. Siskel (*pro hac vice pending*)
                                           LATHAM & WATKINS LLP
                                           330 N. Wabash Ave, Suite 2800
                                           Chicago, IL 60611
                                           (312) 876-7700
                                           ed.siskel@lw.com

                                           *Attorneys for Defendant Rahm I. Emanuel*