AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| LOUIS B. ANTONACCI | ) |
| *Plaintiff* | ) |
| v. | ) |
| RAHM ISRAEL EMANUEL, et al | ) |
| *Defendant* | ) |

Case No.    1:26-cv-00211-LLA

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rahm Israel Emanuel                                                                                            .

Date:    03/17/2026

/s/ Edward N. Siskel
*Attorney's signature*

Edward N. Siskel - IL 6279423 - PHV
*Printed name and bar number*
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

*Address*

ed.siskel@lw.com
*E-mail address*

(312) 876-7700
*Telephone number*

(312) 993-9767
*FAX number*