**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**LOUIS B. ANTONACCI,**

   Plaintiff

   **v.**

**RAHM ISRAEL EMANUEL et. al.**

   Defendants.

</td><td>

**Case No. 1:26-cv-00211**

</td></tr>
</table>

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST BEAN, LLC D/B/A FUSION GPS**

Plaintiff Louis B. Antonacci ("Antonacci") hereby requests entry of default against Defendant BEAN, LLC d/b/a Fusion GPS ("Fusion GPS"), and states as follows:

On January 23, 2026, the Clerk issued summons for Fusion GPS. (Dkt. 2.) On February 6, 7, and 9, 2026, a private process server unsuccessfully attempted personal service on Fusion GPS at the address of their registered agent, Glenn Simpson. (Dkt. 13-1.) On February 12, 2026, the District of Columbia's Department of Licensing and Consumer Protection, Corporations Division (the "Superintendent"), sent to Fusion GPS's registered agent, via certified mail (dkt. 13), the summons (dkt. 13-2), complaint with exhibit (dkt. 1, 1-1), and civil cover sheet. (Dkt. 1-3.)

Pursuant to D.C. Code §29-104.12(d), service on Fusion GPS was effective February 18, 2026. Antonacci filed the Superintendent's sworn certificate of service with this Court on February 18, 2026. (Dkt. 13.)

In its Minute Order of February 23, 2026, this Court ordered Fusion GPS "shall respond to Plaintiff's Complaint on or before March 16, 2026." Fusion GPS has not filed an answer or responsive pleading, nor has anyone entered an appearance on its behalf, and it is therefore in default pursuant to Rule 55(a).

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci respectfully requests that entry of default be made against Defendant BEAN, LLC d/b/a Fusion GPS.

Dated: March 21, 2026                              Respectfully submitted

                                                   /s/ *Louis Antonacci*
                                                   LOUIS B. ANTONACCI
                                                   **ANTONACCI PLLC**
                                                   4126 8th Street NW #3
                                                   Washington, DC 20011
                                                   703-300-4635
                                                   lou@antonaccilaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2026, I filed this request for entry of default electronically using this Court's CM/ECF system, which caused service on all counsel of record:

/s/ *Louis Antonacci*

LOUIS B. ANTONACCI
ANTONACCI PLLC
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com