**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **LOUIS B. ANTONACCI,**<br><br>   Plaintiff<br>   **v.**<br><br>**RAHM ISRAEL EMANUEL et. al.**<br><br>   Defendants. | **Case No. 1:26-cv-00211** |

**AFFIDAVIT OF LOUIS B. ANTONACCI
IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT BEAN LLC D/B/A FUSION GPS**

I, Louis B. Antonacci, under penalty of perjury, declare the following:

1.      I am over 18 years old and I am competent to testify to the facts and matters set forth in this Affidavit. I have personal knowledge of the facts set forth in this Affidavit and, if called to testify, could competently testify to those facts.

2.      On February 12, 2026, in support of my request pursuant to D.C. Code §29-104.12(d), I uploaded to online portal maintained by the District of Columbia's Department of Licensing and Consumer Protection, Corporations Division ("Superintendent"), the summons for Defendant BEAN LLC d/b/a Fusion GPS ("Fusion GPS") (dkt. 13-2), complaint with exhibit (dkt. 1, 1-1), civil cover sheet, (dkt. 1-3) (together the "Service Documents"), and the affidavit of non-service on Fusion GPS. (Dkt. 13-1.)

3.      In support of my service request to the Superintendent, I paid the $50 service fee, as well as an additional $50 fee for a certificate of service.

4.      In further support of my service request to the Superintendent, I declared, under penalty of perjury, that Fusion GPS's registered agent in the District of Columbia could not with

2

reasonable diligence be found. *See* February 18, 2026 letter from the Superintendent to Louis B.

Antonacci, a true and correct copy of which is attached hereto as **Exhibit 1**.

5.    On February 18, 2026, the Superintendent sent to me, via electronic mail, the

Certificate of Service attesting to the Superintendent's service of process of the Service Documents,

on Fusion GPS, effective February 18, 2026, pursuant to D.C. Code §29-104.12(d). (Dkt. 13.)

6.    Pursuant to D.C. Code §16-5304, I declare under penalty of perjury that the foregoing

is true and correct.

**Dated: March 21, 2026**

FURTHER AFFIANT SAYETH NAUGHT.

Louis B. Antonacci_____     /s/    *Louis Antonacci*
Full Name                                              _____
                                                               Signature

2

# EXHIBIT 1



***Electronically Filed***
Filing Number: 1:26-cv-00211
Filing Date:     Feb. 18, 2026
No. of Pages:    1

**District of Columbia Government**
**Service of Process Action Form**

**ENTITY NAME**
Louis B. Antonacci vs BEAN LLC

**Defendant Service of Process Address**
1228 G St SE, Washington, DC, 20003, USA

**Date of Service**
February 18, 2026

**RE:** Service of Process Case No. 1:26-cv-00211

Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified above is serving the defending domestic or foreign filing entity and has made service upon the Superintendent of Corporations for the Department of Licensing and Consumer Protection, for the District of Columbia on the following date February 18, 2026 on the grounds that:

A represented entity's registered agent in the District cannot with reasonable diligence be found.

The plaintiff or authorized person seeking service has submitted this declaration under penalty of making false statements. This declaration has been signed by Louis Antonacci, Authorized Person on February 12, 2026.

A copy of this service is forwarded to the defendant in accordance with the laws of the District of Columbia.

If you have any questions, please contact the Court or Attorney for the Plaintiff.

*Rebecca Janovich*
REBECCA JANOVICH
Superintendent of Corporations,
Corporations Division

*SP-1: Service of Process Action Form*
*Version 1, Nov. 2025*