Default - Rule 55A                                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

LOUIS B. ANTONACCI
_____

             Plaintiff(s)

      v.                                                Civil Action: 26-cv-00211-LLA


RAHM ISRAEL EMANUEL et al

_____

             Defendant(s)


**RE:** BEAN LLC a limited liability company
doing business as FUSION GPS


## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint      on      February 12, 2026     , and  an  affidavit on behalf of the plaintiff having been filed, it is this 23rd day of              March              , 2026 declared that defendant(s) is/are in default.



                              ANGELA D. CAESAR, Clerk


              By:            /s/ N. Wilkens
                   _____
                              Deputy Clerk