**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUIS B. ANTONACCI,<br><br>        Plaintiff,<br><br>    v.<br><br>RAHM I. EMANUEL, PERKINS COIE LLP;<br>MATTHEW J. GEHRINGER; STORIJ, INC.;<br>BEAN LLC; LANE CONSTRUCTION<br>CORPORATION; SETH FIRMENDER;<br>DESCRYBE, LLC; ROKK SOLUTIONS, LLC;<br>ANITA J. PONDER; HOLLAND & KNIGHT<br>LLP; THE VIRGINIA STATE BAR;<br>RICHARD W. JOHNSON, JR.; PARRISH<br>LAW FIRM, PLLC; 9208 LEE AVENUE, LLC;<br>SEYFARTH SHAW LLP,<br><br>        Defendants. | Civil Action<br>No. 1:26-cv-00211-LLA |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SERVE
DISCOVERY AND REQUEST FOR PROTECTIVE ORDER**

THIS MATTER is before the Court on the Motion for Leave to Serve Discovery (the "Motion") filed by Plaintiff Louis Antonacci. The Court, being fully apprised of all premises, hereby orders as follows:

IT IS ORDERED that the Motion is DENIED. As the Court stated in its March 10, 2026, Minute Order the Court sees no basis to permit discovery before it rules on Defendants' motions to dismiss. Further, discovery is premature under Rule 26(d)(1).

IT IS FURTHER ORDERED that the Court's March 10, 2026 protective order is expanded to prevent discovery in this matter—inclusive of Requests for Admission—until the Court rules on <u>all</u> defendants' motions to dismiss.

-2-

SO ORDERED.


Dated this _____ th day of _____, 2026.


_____
Judge Loren L. AliKhan
United States District Judge

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a copy of the foregoing document via U.S.

Mail and email on the date noted below upon the following:

Louis B. Antonacci
4126 8th Street NW, Suite 3
Washington, DC 20011
lou@antonaccilaw.com

Signed this 24th day of March, 2026.

By: /s/ Thomas J. Tobin _____
Thomas J. Tobin, D.C. Bar No. 1049101
TTobin@perkinscoie.com
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000