AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |
|---|---|
| Louis B. Antonacci | ) |
| *Plaintiff* | ) |
| v. | ) |
| Rahm Israel Emanuel et al. | ) |
| *Defendant* | ) |

Case No.    1:26-cv-00211-LLA

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bean LLC (doing business as Fusion GPS)                                                                      .

Date:    March 31, 2026

/s/ Joshua A. Levy
*Attorney's signature*

Joshua A. Levy, D.C. Bar No. 475108
*Printed name and bar number*

Levy Firestone Muse LLP
900 17th St. NW, Suite 605
Washington, DC 20006
*Address*

jal@levyfirestone.com
*E-mail address*

202-845-3215
*Telephone number*

202-595-8253
*FAX number*