**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | |
| Plaintiff | **Case No. 1:26-cv-00211** |
| **v.** | |
| **RAHM ISRAEL EMANUEL et. al.** | |
| Defendants. | |

**PLAINTIFF'S MOTION TO AMEND/CORRECT**
**REQUEST FOR JUDICIAL NOTICE EXHIBIT 2**

Plaintiff Louis B. Antonacci ("Antonacci") hereby files this Motion to Amend/Request Exhibit 2 to the Request for Judicial Notice filed March 30, 2026 (dkt. 68-2), and states as follows:

On March 30, 2026, Antonacci filed a Motion asking this Court to Take Judicial Notice of some adjudicative facts and documents not subject to reasonable dispute. (Dkt. 68, 68:1-8.) Due to a technical error, Exhibit 2 (dkt. 68-2) to that motion for judicial notice, which is the complete complaint filed in the EDVA in *Louis B. Antonacci v. Rahm Israel Emanuel*, 1:24-cv-172 (ED.Va 2024), and entered into evidence by Antonacci during the disciplinary trial of June 11, 2025 (dkt. 68-1), contained some superfluous, albeit related, case materials. Antonacci wishes to correct the record to ensure that Exhibit 2 (dkt. 68-2) reflects the correct complaint entered into evidence at the June 11, 2025 disciplinary trial (dkt. 68-1), and has attached the corrected copy hereto at exhibit 1.

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci respectfully requests that this Court grant him **LEAVE TO CORRECT/AMEND** Exhibit 2 of his March 30, 2026, Request to Take Judicial Notice (dkt. 68-2), and further that this Court correct/amend the docket by replacing dkt. 68-2 with the Exhibit attached to this Motion.

Dated: April 1, 2026

Respectfully submitted

/s/ *Louis Antonacci*

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 1, 2026, I filed this Motion to Correct/Amend electronically using this Court's CM/ECF system, which caused service on all counsel of record:

/s/  *Louis Antonacci*

LOUIS B. ANTONACCI
ANTONACCI PLLC
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com