**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LOUIS B. ANTONACCI,

          Plaintiff,

        v.

RAHM I. EMANUEL, PERKINS COIE LLP;
MATTHEW J. GEHRINGER; STORIJ, INC.;
BEAN LLC; LANE CONSTRUCTION
CORPORATION; SETH FIRMENDER;
DESCRYBE, LLC; ROKK SOLUTIONS, LLC;
ANITA J. PONDER; HOLLAND & KNIGHT
LLP; THE VIRGINIA STATE BAR;
RICHARD W. JOHNSON, JR.; PARRISH
LAW FIRM, PLLC; 9208 LEE AVENUE, LLC;
SEYFARTH SHAW LLP,

          Defendants.

Civil Action
No. 1:26-cv-00211-LLA

**MOTION FOR SANCTIONS
PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants Seyfarth Shaw LLP ("Seyfarth"), Anita J. Ponder ("Ponder"), Perkins Coie

LLP ("Perkins"), and Matthew J. Gehringer ("Gehringer") (the "Seyfarth/Perkins Defendants")

hereby move for sanctions against Plaintiff Louis B. Antonacci ("Antonacci") pursuant to Federal

Rule of Civil Procedure 11. This motion was first served upon Antonacci on March 11, 2026,

together with a request that Antonacci voluntarily withdraw the Complaint and claims against

Seyfarth, Perkins, and Antonacci. Antonacci declined the safe harbor protection contemplated

under Rule 11(c).

Sanctions are appropriate in order to discourage further waste of judicial and party

resources and address Antonacci's perpetual attempts to relitigate, repeatedly, bizarre and

frivolous allegations of conspiracy. With this Motion, the Seyfarth/Perkins Defendants ask that the

Court enter an order imposing monetary sanctions upon Antonacci for violations of Federal Rule

of Civil Procedure 11 and enjoin Antonacci from filing any additional suits or pleadings (i) that

-2-

were or could have been brought in his prior cases or (ii) against the Seyfarth/Perkins Defendants without prior leave of Court.

Dated: April 3, 2026

By:*/s/ Barak Cohen*
Barak Cohen, Bar No. 485945
BCohen@perkinscoie.com
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202-654-6200
Facsimile:  202-654-9000

*/s/ Thomas J. Tobin*
Thomas J. Tobin, Bar No. 1049101
TTobin@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile:  206-359-9000

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be filed a copy of the foregoing document on the

Court's CM/ECF system. I have also served a copy of the foregoing document via email on the

date noted below upon the following:

Louis B. Antonacci
4126 8th Street NW, Suite 3
Washington, DC 20011
lou@antonaccilaw.com

Signed this 3rd day of April, 2025.

By: */s/ Thomas J. Tobin*
Thomas J. Tobin, D.C. Bar No. 1049101
TTobin@perkinscoie.com
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000