IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIS B. ANTONACCI,<br><br>          Plaintiff,<br><br>     v.<br><br>RAHM I. EMANUEL, PERKINS COIE LLP;<br>MATTHEW J. GEHRINGER; STORIJ, INC.;<br>BEAN LLC; LANE CONSTRUCTION<br>CORPORATION; SETH FIRMENDER;<br>DESCRYBE, LLC; ROKK SOLUTIONS, LLC;<br>ANITA J. PONDER; HOLLAND & KNIGHT<br>LLP; THE VIRGINIA STATE BAR;<br>RICHARD W. JOHNSON, JR.; PARRISH<br>LAW FIRM, PLLC; 9208 LEE AVENUE, LLC;<br>SEYFARTH SHAW LLP,<br><br>          Defendants. | Civil Action<br>No. 1:26-cv-00211-LLA |

**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS
PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THIS MATTER is before the Court on a Motion for Sanctions (the "Motion") brought by Defendants Seyfarth Shaw LLP, Anita J. Ponder, Perkins Coie LLP, and Matthew J. Gehringer (collectively, the "Seyfarth/Perkins Defendants") against Plaintiff Louis B. Antonacci ("Antonacci") pursuant to Federal Rule of Civil Procedure 11. The Court, having reviewed the Motion and all responses thereto and being apprised of all premises, finds and orders as follows:

The Court FINDS the following:

(1)     Mr. Antonacci has been afforded notice and an opportunity to be heard, or the chance to oppose the entry of an order regarding such an injunction;

(2)     Mr. Antonacci has previously filed substantially similar claims alleging a wide-ranging purported conspiracy involving Seyfarth/Perkins Defendants and others on at least three occasions. This is the third federal suit in which Mr. Antonacci has brought roughly identical claims. *See Antonacci v. City of Chicago,* 2015 WL 13039605, at *2 (N.D. Ill. May 5, 2015);

-1-

185982613.2

*Antonacci v. Emanuel*, 2024 WL 2988943, at *2 (E.D. Va. May 23, 2024). He also sought redress over similar claims against Seyfarth/Perkins Defendants in Illinois state court. *Antonacci v. Seyfarth Shaw, LLP,* 2015 IL App (1st) 142372, ¶ 13, 39 N.E.3d 225, 232. The accusations lodged against Seyfarth/Perkins Defendants and others allege that they each conspired to derail Antonacci's career, destroy his reputation, and have him murdered. Mr. Antonacci's claims were rejected in Illinois state court, then rejected in Illinois federal court, and then in the Eastern District of Virginia. With this case, Mr. Antonacci seeks a different result in the District of Columbia.; and

(3)    Mr. Antonacci's claims are frivolous. As the Eastern District of Virgina explained, these allegations are not only unfounded, they represent "wild accusations at a large" against a "seemingly never-ending, number of people who have no apparent connection other than their interactions, however tangential, to Antonacci." *Antonacci v. Emanuel*, 2024 WL 2988943, at *2. The Court agrees with the analysis of its sister courts in the Northern District of Illinois and the Eastern District of Virginia who previously reviewed roughly identical versions of these fantastical claims. *Antonacci,* 2015 WL 13039605; *Antonacci*, 2024 WL 2988943.

(4)    Mr. Antonacci's repeated filings of meritless complaints in the Northern District of Illinois, the Eastern District of Virginia, and now this district represents vexatious and frivolous litigation that imposes an unwarranted burden on the orderly and expeditious administration of justice.

IT IS HEREBY ORDERED that the Motion is GRANTED for the reasons set forth in the Motion.

IT IS FURTHER ORDERED that Mr. Antonacci is hereby sanctioned by this Court.

As a monetary sanction, Mr. Antonacci must pay the reasonable attorneys' fees incurred by Seyfarth/Perkins Defendants in bringing this motion.

As an injunctive sanction, Mr. Antonacci is subject to a nationwide permanent injunction enjoining him from filing, without leave of Court, any civil action (i) against Seyfarth/Perkins Defendants or (ii) for claims that were brought or could have been brought in the following cases:

- *Antonacci v. Seyfarth Shaw, LLP,* 2015 IL App (1st) 142372, 39 N.E.3d 225;

-3-

- *Antonacci v. City of Chicago,* 2015 WL 13039605 (N.D. Ill. May 5, 2015); or

- *Antonacci v. Emanuel*, 2024 WL 2988943 (E.D. Va. May 23, 2024).


SO ORDERED this _____ day of April, 2026.


                                          _____

                                          Judge Loren AliKhan
                                          United States District Judge