**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **LOUIS B. ANTONACCI,**<br><br>  Plaintiff<br><br>  v.<br><br> **RAHM ISRAEL EMANUEL et. al.**<br><br>  Defendants. | **Case No. 1:26-cv-00211-LLA** |

**<u>REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR
SANCTIONS AGAINST JOSHUA A. LEVY</u>**

Plaintiff Louis B. Antonacci ("Antonacci") hereby files Reply in Support of Plaintiff's

Motion for Sanctions (dkt. 102) and the Affidavit of Louis B. Antonacci (dkt. 97-1), pursuant to

Rule 11, to be imposed on counsel for defendant BEAN LLC d/b/a Fusion GPS ("Fusion GPS"),

Joshua A. Levy ("Levy"), and states as follows:

These proceedings are not taking place in a vacuum, as Levy tries to argue. This Court is

not required to believe Levy's false statements just because his client signed a self-serving and

utterly unsubstantiated affidavit that Levy drafted. The strength of the evidence must be weighed

against all other evidence in this case, and no objective trier of fact could reasonably view the

evidence submitted and conclude that Levy and Fusion and GPS were not aware of this case

shortly after it was filed. Similarly, no objective trier of fact could reasonably conclude that Levy

was unaware of the fact that the Superintendent of the District of Columbia's Department of

Licensing and Consumer Protection served Fusion GPS when Antonacci filed that proof of

service on February 18, 2026. Let us look at that evidence.

Fusion GPS, who is in the business of opposition research and defamation, was retained by Defendants Perkins Coie LLP and Matthew J. Gehringer as early as 2016. (Dkt. 97-1 pp. 33-2.) Antonacci was engaged in litigation against Perkins Coie, Gehringer, and its clients Anita J. Ponder and Seyfarth Shaw LLP, around that same time. (*See generally*, dkt. 1, dkt. 68-1, dkt. 68-2.) Several public figures have sued Fusion GPS for defamation and racketeering in the intervening years. (Dkt. 97-1 pp. 27-8.) Levy represented Fusion GPS and Glenn Simpson in every one of those cases. (*Id*.)

Antonacci filed the first racketeering suit by a private citizen against Fusion GPS in 2024. (Dkt. 97-1 p.5.) In that case, Antonacci's private process server attempted to serve Fusion GPS's registered agent, Glenn Simpson, four times, but could not effect service because, as she determined, Mr. Simpson was deliberately evading service of process. (*Id*. pp. 12-13.) Antonacci subsequently had the Superintendent serve Fusion GPS, just as he did in this case. (*Id*. pp. 8-10.) Antonacci later emailed Fusion GPS to notify them of their impending default in the EDVA, but they never responded and no one ever entered an appearance on their behalf. (Dkt. 97-1 pp. 19-20.)

Defendant Rahm Emanuel, who was Mayor of the City of Chicago when Antonacci filed his first racketeering suit against the instant defendants, and the City of Chicago, in 2015, which coincided with Perkins Coie and Gehringer engaging Fusion GPS, also evaded service of process in Antonacci's 2024 EDVA case.[1] (*Id*. p. 37.) Thankfully, in this case, the process server arrived when Emanuel's wife was home, so his braver half actually answered the door and accepted service. (Dkt. 7.) Notably, both Fusion GPS and Emanuel failed to file their own motions to dismiss this case, but rather only filed for joinder with the other defendants' motions.

---

[1] Emanuel also refused to accept service through both the State Department's Chief of Protocol and the Japanese Ministry of Foreign Affairs vis a vis the Hague Convention, which is all available in the EDVA's court records, but more examples of his cowardice need not detain us.

As Antonacci demonstrated in his affidavit, he personally emailed Simpson two days after filing the instant complaint. (Dkt. 97-1 p. 6.) Simpson baldly claims he was in Mexico at that time, without any substantiating evidence. He also claims that, while all the rest of his mail was being forwarded, somehow the service documents in this case were not forwarded like the rest of his mail, and so he did not receive the service documents until he returned from his subsequent trip to California on or around March 27, 2026. Regardless, Fusion GPS was served via the Superintendent on February 18, 2026. (Dkt. 13.)

And even if Simpson's convenient tale of when he actually received the complaint and summons is true, it would be outrageous to believe that Simpson and Levy were unaware of this case prior to then. And while Levy threw a passionate tantrum about why all he needs is some evidence, any evidence, to make his factual assertions to this Court, that is not the case when he so clearly fabricated that false evidence on behalf of his client. This is not speculation. There are reams of hard evidence that

1) The Perkins Defendants, Fusion GPS, and their counsel have been working together and defending against similar RICO and defamation lawsuits for the past ten years, and Levy has been representing Fusion GPS in all those RICO and defamation lawsuits;

2) Out of all those cases, Antonacci is the only plaintiff who is not a public figure;

3) Fusion GPS and Emanuel deliberately evaded service in Antonacci's 2024 RICO case in the EDVA, where Fusion GPS did not even contest the default entered against it and Levy never even appeared, and Antonacci had served Fusion GPS in precisely the same manner as this case; and

4) Antonacci personally notified Simpson of the instant complaint two days after he filed it.

One sentence in an unsupported and self-serving affidavit does not outweigh the overwhelmingly more reasonable inferences substantiated by hard evidence, particularly when this particular defendant, and this specific registered agent, have a documented history of evading service of process of these particular claims from this very plaintiff.

Fusion GPS and Emanuel were evading service because Emanuel and the Perkins Defendants are using deep state opposition research tools to attack a private citizen, Antonacci, to retaliate against him for exercising his protected speech to criticize the failed policies of Rahm Emanuel and the Democratic National Committee. And as much as Emanuel wanted to distance himself from the Biden Administration and the Democratic National Committee by hiding from Antonacci in Tokyo, the reality is that everything wrong with the Democratic Party today can be laid squarely at the feet of Emanuel, who had been taking credit for all the previous political victories that allowed his former bosses to implement what can now be seen are catastrophically failed policies with misguided politics.

And even more to the point, their abuse of lawfare for the past sixteen years is something that Antonacci has painstakingly catalogued and warned against specifically, and which has resulted in exactly what Antonacci said that it would: A population that has absolutely no confidence in its legal system, particularly the judiciary. (Dkt. 68-7.) That Rahm Emanuel would humiliate himself and his party with another run for office demonstrates not only that these Zionists criminals care nothing for good governance, but they have absolutely no shame.

Josh Levy is just another one of their unscrupulous tools. And as Antonacci stated in opposition to Fusion GPS's baseless motion to set aside the third default Antonacci has had

4

entered against them, Levy lies every day of his life and he is now shamelessly lying to this Court and should be sanctioned and ordered to pay Antonacci his costs of pursuing Fusion GPS.

**WHEREFORE**, for the reasons stated herein and the attached affidavit, Antonacci hereby requests this Court **GRANT** Plaintiff Louis B. Antonacci's Rule 11 Motion for Sanctions against counsel for Defendant BEAN LLC d/b/a Fusion GPS, **DENY** Fusion GPS's Motion to Set Aside Default, and **ORDER** Joshua A. Levy to pay Antonacci ONE THOUSAND DOLLARS with seven days of entry of this order.

**Dated: May 27, 2026**

Respectfully submitted,

/s/ *Louis Antonacci*

Louis B. Antonacci
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

5

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing reply in support of plaintiff's motion for sanctions using this Court's CM/ECF system, which caused service on all counsel of record.

Dated: May 27, 2026

/s/ *Louis Antonacci*

By:  Louis B. Antonacci