Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LOUIS B. ANTONACCI

Plaintiff

vs.

Civil No.          26-211       (ACR)

RAHM ISRAEL EMANUEL, ET AL

Category   F

Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on ___7/29/2026___ from ___Judge Loren L. AliKhan___

to ___Judge Ana C. Reyes___ by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE RUDOLPH CONTRERAS</u>

Chair, Calendar and Case
Management Committee

cc:    ___Judge Loren L. AliKhan___ & Courtroom Deputy

___Judge Ana C. Reyes___ & Courtroom Deputy

Liaison, Calendar and Case Management Committee