**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LOUIS B. ANTONACCI,

Plaintiff,

v.

RAHM I. EMANUEL, PERKINS COIE LLP; MATTHEW J. GEHRINGER; STORIJ, INC.; BEAN LLC; LANE CONSTRUCTION CORPORATION; SETH FIRMENDER; DESCRYBE, LLC; ROKK SOLUTIONS, LLC; ANITA J. PONDER; HOLLAND & KNIGHT LLP; THE VIRGINIA STATE BAR; RICHARD W. JOHNSON, JR.; PARRISH LAW FIRM, PLLC; 9208 LEE AVENUE, LLC; SEYFARTH SHAW LLP,

Defendants.

Civil Action
No. 1:26-cv-00211-ACR

**NOTICE OF**
**FIRM NAME CHANGE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

Email addresses for counsel for Defendants Seyfarth Shaw LLP (“Seyfarth”), Anita J. Ponder (“Ponder”), Perkins Coie LLP (“Perkins”), and Matthew J. Gehringer (“Gehringer”) (the “Seyfarth/Perkins Defendants”) also changed.

There has been no other change in the attorneys of record, telephone numbers, or representation of the Seyfarth/Perkins Defendants.

All notices and documents filed or served after the effective date should reflect the below contact information:

**ASHURST PERKINS COIE US LLP**

Barak Cohen, Bar No. 485945
Barak.Cohen@ ashurstperkins.com
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202-654-6200
Facsimile: 202-654-9000

Thomas J. Tobin, Bar No. 1049101
Tommy.Tobin@ashurstperkins.com
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

Respectfully submitted on September 1, 2026.

*/s/ Barak Cohen*

Barak Cohen, Bar No. 485945
Barak.Cohen@ ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202-654-6200
Facsimile: 202-654-9000

*/s/ Thomas J. Tobin*

Thomas J. Tobin, Bar No. 1049101
Tommy.Tobin@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys for Anita Ponder, Matthew Gehringer, Perkins Coie LLP, and Seyfarth Shaw LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the foregoing document on the Court's CM/ECF system.

Signed this 1st day of September, 2026.

By: *<u>/s/ Thomas J. Tobin</u>* ________________
Thomas J. Tobin, Bar No. 1049101
Tommy.Tobin@ashurstperkins.com
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000