# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUIS B. ANTONACCI**<br>Plaintiff,<br>v.<br>**RAHM ISRAEL EMANUEL, *et al.***<br>Defendants. | Case No.: 1:26-cv-00211 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2, Descrybe LLC, through its undersigned counsel, hereby moves this Court for the *pro hac vice* admission of attorney Katelyn L. Kang and for her to appear and participate in the above-captioned action on behalf of Defendant. This motion is supported by the Declaration of Katelyn L. Kang, filed herewith. As set forth in Ms. Kang's declaration, she is admitted and is an active member in good standing of the New York Bar. Pursuant to the Local Rules, this motion is signed by David A. Vogel, an active and sponsoring member of the Bar of this Court, and a copy of a certificate of good standing issued by the New York Bar is attached. Pursuant to Local Civil Rule 7(m), counsel for Descrybe LLC contacted Plaintiff for his position regarding this motion, and Plaintiff has indicated that he does not consent.

Dated: September 4, 2026

COOLEY LLP

*/s/ David Vogel*

David A. Vogel (DDC # 442289)
COOLEY LLP
One Freedom Sq. | Reston Town Center
11951 Freedom Dr.
Reston, VA 20190-5656
dvogel@cooley.com

*Attorney for Defendant Descrybe LLC*