**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI**<br>Plaintiff,<br>v.<br>**RAHM ISRAEL EMANUEL, *et al.***<br>Defendants. | Case No.: 1:26-cv-00211 |

**DECLARATION OF KATELYN L. KANG IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Katelyn L. Kang, hereby declare:

1. My full name is Katelyn L. Kang.

2. My current office address, telephone number and email address are as follows:

COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
kkang@cooley.com

3. I have been admitted to the following courts and bars:

| Title of Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Seventh Circuit | September 15, 2023 |
| U.S. Court of Appeals for the Ninth Circuit | March 12, 2024 |
| U.S. Court of Appeals for the Tenth Circuit | November 13, 2023 |
| U.S. Court of Appeals for the Eleventh Circuit | November 13, 2023 |
| Supreme Court of the United States | January 13, 2026 |
| New York State Bar | March 2, 2020 |

4. I am a member of good standing of the New York State Bar (Bar No. 5745799) since 2020. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have been admitted *pro hac vice* in this Court once within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026, in New York, New York.

Respectfully submitted,