**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI**<br>Plaintiff,<br>v.<br>**RAHM ISRAEL EMANUEL, *et al.***<br>Defendants. | Case No.: 1:26-cv-00211 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Admission of Attorney Katelyn L. Kang *pro hac vice*, it is hereby:

**ORDERED** that the Motion for Admission of Attorney Katelyn L. Kang *pro hac vice* is **GRANTED**.

Dated: ________________________, 2026

SO ORDERED.

_________________________________
United States District Court Judge