**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI**<br>Plaintiff,<br>v.<br>**RAHM ISRAEL EMANUEL, *et al.***<br>Defendants. | Case No.: 1:26-cv-00211 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Katelyn L. Kang, an attorney at Cooley LLP, with offices located at 55 Hudson Yards, New York, New York 10001-2163, hereby enters her appearance as counsel for Defendant Descrybe LLC in the above-captioned matter.

Dated: New York, New York
September 8, 2026

COOLEY LLP

By: */s/Katelyn L. Kang*

Katelyn L. Kang
55 Hudson Yards
New York, New York 10001-2163
Phone: (212) 479-6000
Email: kkang@cooley.com

*Attorney for Defendant Descrybe LLC*