CL25003213-00
GTOR
0

VIRGINIA:

IN THE CIRCUIT COURT FOR ARLINGTON COUNTY

Antonacci
Plaintiff,

v.

Palma, et al.
Defendant.

Case No. CL25003213

## ORDER

THIS MATTER CAME BEFORE THE COURT THIS 4th day of September, 2026 On Δ's Motion to Quash Service of a Subpoena Duces Tecum Served on NGIC/Integon. It is ordered that Δ shall submit ~~the~~ NGIC/Integon's claim file & a privilege log to this Court for in camera review by 9/11/26

Entered 9/4/26

Judge, Circuit Court of Arlington County

Waived Rule 1:13
was present but left

Counsel for Plaintiff/Bar No. Refuse
Print:
Phone:
Email:

Counsel for Defendant/Bar No. 72439
Print: Jeremy Tishler
Phone: 917-301-5411
Email: jtishler@levinecanitaplk.com