**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br>**Plaintiff,**<br><br>**v.**<br><br>**RAHM ISRAEL EMANUEL, ET AL.**<br>**Defendants.** | **Case No.: 1:26-CV-00211** |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Amend Complaint, any oppositions, any reply, any oral argument, and the entire record herein, it this _______ day of _________2026 hereby

**ORDERED**, that Plaintiff's motion is DENIED.

_______________
Dated

___________________________________
The Honorable Ana C. Reyes
District Court Judge
U.S. District Court for the District of Columbia

Copies to all counsel of record.