**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br><br>*Plaintiff*,<br><br>**v.**<br><br>**RAHM ISRAEL EMANUEL, *et al.*,**<br><br>*Defendants*. | **Civil Action No.: 1:26-CV-00211-ACR** |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Amend Complaint and Add Defendants, any opposition, any reply, and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's motion is **DENIED**.

**ORDERED** on ______________________________, 2026.

______________________________________
The Honorable Ana C. Reyes
District Court Judge
U.S. District Court for the District of Columbia

Copies to all counsel of record.