**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Louis B. Antonacci<br><br>Plaintiff,<br><br>v.<br><br>Rahm Israel Emanuel, et al,<br><br>Defendants. | Civil Action No. 1:26-cv-00211-ACR |

**DEFENDANT RAHM I. EMANUEL'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' OPPOSITIONS AND RESPONSES TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND ADD DEFENDANTS [ECF 120, 121, 122]**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Rahm I. Emanuel joins in the oppositions and responses to Plaintiff's Motion to Amend Complaint and Add Defendants that were filed on September 14, 2026, by Defendants The Lane Construction Corporation and Seth Firmender [ECF 120]; Defendant Storij, Inc. [ECF 121]; and Defendants 9208 Lee Avenue, LLC and Parrish Law Firm, PLLC [ECF 122].

Dated: September 14, 2026

*/s/ Edward N. Siskel*

Edward N. Siskel (*pro hac vice*)
IL Bar No. 6279423
**LATHAM & WATKINS LLP**
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
(312) 876-7700
ed.siskel@lw.com

Jonathan Su (DC Bar No. 478171)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
jonathan.su@lw.com

*Attorneys for Defendant Rahm I. Emanuel*