**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RAHM ISRAEL EMANUEL, et al.,**<br><br>**Defendants.** | **Civil Action No.: 1:26-CV-00211-ACR** |

**DEFENDANT ROKK SOLUTIONS, LLC'S JOINDER IN DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND ADD DEFENDANTS [ECF 120, 121, 122]**

**PLEASE TAKE NOTICE** that Defendant ROKK Solutions, LLC ("ROKK"), by counsel, joins the oppositions to Plaintiff Louis B. Antonacci's Motion to Amend Complaint and Add Defendants (ECF No. 112) filed on September 14, 2026, by Defendants The Lane Construction Corporation and Seth Firmender (ECF No. 120), Storij, Inc. (ECF No. 121), and 9208 Lee Avenue, LLC and Parrish Law Firm, PLLC (ECF No. 122), as well as any additional oppositions timely filed by other Defendants in this action.

For the reasons set forth in those oppositions, ROKK respectfully requests that the Court deny Plaintiff's Motion to Amend Complaint and Add Defendants.

Dated: September 14, 2026

*/s/ Paul-Kalvin Collins*
Paul-Kalvin Collins (DC Bar# 1741865)
**Bailey & Glasser, LLP**
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Phone: (202) 463-2101

Fax: (202) 463-2103
pcollins@baileyglasser.com

*Attorney for Defendant ROKK Solutions, LLC*