**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LOUIS B. ANTONACCI,

Plaintiff,

v.

RAHM ISRAEL EMANUEL, ET AL.,

Defendant.

Civil Action No. 1:26-cv-00211-ACR

**DEFENDANT DESCRYBE, LLC'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' OPPOSITIONS AND RESPONSES TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND ADD DEFENDANTS [ECF 120, 121, 122]**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Descrybe, LLC joins in the oppositions and responses to Plaintiff's Motions to Amend Complaint and Add Defendants that were filed on September 14, 2026, by Defendants The Lane Construction Corporation and Seth Firmender [ECF 120]; Defendant Storij, Inc. [ECF 121]; and Defendants 9208 Lee Avenue, LLC and Parrish Law Firm, PLLC [ECF 122].

Dated: September 14, 2026


/s/Katelyn L. Kang
Katelyn L. Kang
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000
kkang@cooley.com

David A. Vogel
COOLEY LLP
Reston Town Center
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
(703) 456-8000
dvogel@cooley.com

*Attorneys for Defendant Descrybe, LLC*