**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil Action No. 1:26-CV-00211-LLA** |
| **RAHM ISRAEL EMANUEL, *et al*** | ) |
| **Defendants.** | ) |

**DEFENDANT HOLLAND & KNIGHT, LLP'S NOTICE OF JOINDER IN OPPOSITIONS TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND ADD DEFENDANTS**

**PLEASE TAKE NOTICE** that Defendant Holland & Knight, LLP ("H&K") hereby provides notice that it joins in the Oppositions to Plaintiff's Motion to Amend Complaint and Add Defendants that were filed on September 14, 2026, by Defendants The Lane Construction Corporation and Seth Firmender (ECF 120); Defendant Storij, Inc. d/b/a The So Company d/b/a Driggs Research International d/b/a STOR Technologies (ECF 121); and Defendants Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC (ECF 122), and the arguments made therein.

Date: September 14, 2026

Respectfully submitted,

/s/ Jason A. Ross
Jason A. Ross (D.C. Bar 1047909)
Jeanne Louise Heiser (D.C. Bar 219176, *pro hac admission)*
**JACKSON LEWIS P.C.**
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
Jason.Ross@jacksonlewis.com
JeanneLouise.Heiser@jacksonlewis.com
***Counsel for Holland & Knight, LLP***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 14, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send an electronic notification of such filing (NEF) upon all parties of record.

/s/ Jason A. Ross
Jason A. Ross