**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br>Plaintiff<br>**v.**<br>**RAHM ISRAEL EMANUEL et. al.**<br>Defendants. | **Case No. 1:26-cv-00211** |

**PLAINTIFF'S NOTICE OF FILING PETITION FOR EXTRAORDINARY WRITS**

Plaintiff Louis B. Antonacci ("Antonacci") hereby files this Notice of his filing of a Petition for Extraordinary Writs, with the United States Circuit Court for the District of Columbia Circuit ("Circuit Court"), to the Defendants and to this Court, and states as follows:

On October 9, 2026, Antonacci filed his Petition for Writs of Mandamus in the Circuit Court, seeking to compel this trial court to deny with prejudice the Defendants'-Respondents' Motions to Dismiss the Complaint, grant Antonacci's Motions for Reconsideration (dkt. 111/113), deny the Lane and Perkins Defendants'-Respondents' Motions for Sanctions, modify its Standing Order (dkt. 110), and other relief. In the same Petition, Antonacci seeks a writ of Prohibition precluding, *inter alia*, this trial court from holding a private conference concerning the Defendants'-Respondents' Pre-Motion Notice of Intent to File a Joint Motion to Dismiss, and a private hearing concerning the parties' other outstanding motions, both on October 14, 2026.

In light of this pending Petition for Extraordinary Writs, and Antonacci's motions objecting to the procedural posture of these proceedings (dkt. 111, 113, 119), which also remain outstanding, Antonacci further hereby provides Notice that he will not be attending the conference of October 14, 2026, because it seeks to deny him due process of law.

Antonacci's Petition for Writs of Mandamus and Prohibition, as well as the accompanying Appendix, are appended to this Notice and hereby served on all Defendants-Respondents and this trial court.

**Dated: October 9, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this Notice and the accompanying Petition for Writs of Manadaums and Prohbition, and the accompany Appendix, with the Court's CM/ECF system, which caused them to be served on all counsel of record and the trial court.

**Dated: October 9, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com