AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

LOUIS B. ANTONACCI
*Plaintiff*
v.
RAHM ISRAEL EMMANUEL et. al.
*Defendant*

Case No. 1:26-cv-00211

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Storij, Inc. d/b/a The So Company d/b/a Driggs Research International d/b/a STOR Technologies.

Date: 10/13/2026

/s/ Shari Ruby Manasseh
*Attorney's signature*

Shari Ruby Manasseh D.C Bar : 1031029
*Printed name and bar number*

Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive Suite 510
McLean, VA 22102-5102
*Address*

shari.ohri@wilsonelser.com
*E-mail address*

(703) 245-9300
*Telephone number*

(703) 245-9301
*FAX number*