**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br>Plaintiff<br>**v.**<br>**RAHM ISRAEL EMANUEL et. al.**<br>Defendants. | **Case No. 1:26-cv-00211** |

**PLAINTIFF'S NOTICE REGARDING MINUTE ENTRY OF OCTOBER 15, 2026**

Plaintiff Louis B. Antonacci ("Antonacci") hereby files this Notice concerning this Court's Minute Entry on the Pre-Motion Conference allegedly held on October 14, 2026:

On October 15, 2026, this Court entered a Minute Entry on the docket stating that it held a pre-motion conference on October 14, 2026. Antonacci did not attend any such conference. As Antonacci stated in his notice dated October 9, 2026 (dkt. 128), he filed a petition for writs of mandamus and prohibition with the D.C. Circuit on October 9, 2026, objecting to this Court's duplicative, pointless, and prejudicial delays, and contemporaneously served the Court and the Defendants with that petition and its accompanying appendix. (Dkt 128-1; 128-2.)

The Court states in its minute entry that it is ordering the Defendants to submit a brief regarding jurisdiction. As the Court should be aware, the Defendants have already submitted multiple briefs regarding both personal and subject matter jurisdiction, which this Court denied, without prejudice, in its minute order of July 29, 2026. Antonacci continues to object to these proceedings as denying him due process and equal protection under the law, as stated in his petition pending before the D.C. Circuit.

To ensure there is no misunderstanding, on October 9, 2026, the plaintiff Antonacci informed this Court (dkt. 128) that he would not attend its pre-motion conference of October 14, 2026, in light of his multiple previous objections (dkt. 111, 113, 116), upon which this Court never ruled, and his pending petition for writs of mandamus and prohibition in the D.C. Circuit, yet this Court nevertheless purports to have held its pre-motion conference on October 14, 2026 and made substantive rulings, in a closed-door hearing, without the plaintiff being present.

**Dated: October 15, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that today I filed this Notice with the Court's CM/ECF system, which caused it to be served on all counsel of record.

**Dated: October 15, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com