**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br>Plaintiff<br>**v.**<br>**RAHM ISRAEL EMANUEL et. al.**<br>Defendants. | **Case No. 1:26-cv-00211** |

**PLAINTIFF'S AFFIDAVIT REGARDING MINUTE ENTRY OF OCTOBER 15, 2026**

I, Louis B. Antonacci, under penalty of perjury, declare the following:

1. I am over 18 years old and I am competent to testify to the facts and matters set forth in this Affidavit. I have personal knowledge of the facts set forth in this Affidavit and, if called to testify, could competently testify to those facts.

2. On October 14, 2026, I did not attend any conference, or otherwise appear, before U.S. District Judge Ana C. Reyes.

3. I have never appeared before U.S. District Judge Ana C. Reyes.

4. Pursuant to D.C. Code §16-5304, I declare under penalty of perjury that the foregoing is true and correct.

**Dated: October 15, 2026**

FURTHER AFFIANT SAYETH NAUGHT.

Louis B. Antonacci________________
Full Name

/s/ Louis Antonacci
LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that today I filed this Affidavit with the Court's CM/ECF system, which caused it to be served on all counsel of record.

**Dated: October 15, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com