**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**LOUIS B. ANTONACCI,**

Plaintiff

**v.**

**RAHM ISRAEL EMANUEL et. al.**

Defendants.

**Case No. 1:26-cv-00211**

**PLAINTIFF'S NOTICE OF FILINGS IN D.C. CIRCUIT**

Plaintiff Louis B. Antonacci ("Antonacci") hereby files this Notice of his October 16, 2026 filings in the U.S. Court of Appeals for the D.C. Circuit (Cir. No. 26-7208) concerning the docketing fee paid on October 9, 2026, as well his Motion for CM/ECF Username and Password. The filed documents, together with his filed letter to the Circuit Clerk, are appended to this notice and hereby served upon you.

**Dated: October 16, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that today I filed this Notice with the Court's CM/ECF system, which caused it to be served on all counsel of record.

**Dated: October 16, 2026**

Respectfully submitted

/s/ Louis Antonacci

LOUIS B. ANTONACCI
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com