ANTONACCI PLLC
4126 8th Street NW #3
Washington, DC 20011
703.300.4635 • lou@antonaccilaw.com

October 16, 2026

**VIA HAND DELIVERY**

Clifton Cislak, Clerk of Court
U.S. Circuit Court for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

RE: *In re: Louis B. Antonacci*, Circuit No. 26-7208 (docketed Oct. 9, 2026)
Docketing Fee Paid on October 9, 2026
Motion for Electronic Filing Privileges

Dear Mr. Cislak,

On October 16, 2026, you issued a Clerk's Order directing me to pay the court's docketing fee for the above-referenced petition. I paid the $600 fee when I filed the petition on October 9, 2026. Please see the attached docketing receipt for your reference.

In addition, pursuant to LCvR 5:4(b)(2), I am enclosing my motion for CM/ECF Username and Password. Please forward that motion to the assigned judge(s).

Thank you for your attention to this matter.

Sincerely,

Louis B. Antonacci

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
OCT 16 2026
RECEIVED

Enclosures

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2026, I filed this Letter with the U.S. District Court for the District of Columbia's CM/ECF electronic case filing system in *Louis B. Antonacci v. Rahm Israel Emanuel, et. al.*, 1:26-cv-00211 (January 23, 2026), which is the trial court case from which this Petition arises, and which further caused service on all counsel of record and the trial court.

/s/
Louis B. Antonacci
ANTONACCI **PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com