# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Receipt Date: Oct 9, 2026 1:39PM

LOUIS B. ANTONACCI
4126 8TH STREET NW #3
WASHINGTON , DC 20011

Rcpt. No: 3256 Trans. Date: Oct 9, 2026 1:39PM Cashier ID: #JR (6267)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| | Docketing Fee | | 1 | 600.00 | 600.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #2203 | 10/9/2026 | $600.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $600.00 |
| Total Tendered: | $600.00 |
| Total Cash Received: | $0.00 |

**Comments**: Petition of Writ

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT 16 2026

RECEIVED