# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE:<br>LOUIS B. ANTONACCI,<br>Plaintiff-Petitioner. | Cir. No. 26-7208<br>D.D.C. No. 1:26-cv-211 |

## PETITIONER'S MOTION FOR CM/ECF USERNAME AND PASSWORD

Plaintiff-Petitioner Louis B. Antonacci ("Antonacci"), pursuant to CvR 5:4(b)(2), hereby files this Motion for CM/ECF Username and Password, and states as follow:

Antonacci has been practicing law for 22 years. Antonacci has access to the internet and the capacity to file documents and receive filings on a regular basis. Antonacci further certifies that he regularly files documents electronically in other federal courts: currently in the District Court for the District of Columbia in the case precipitating this Petition; and recently (2024/2025) in the U.S. District Court for the Eastern District of Virginia, the U.S. Court of Appeals for the Fourth Circuit, and the Supreme Court of the United States.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT 16 2026

RECEIVED

**WHEREFORE**, for the reasons stated herein, Plaintiff Louis B. Antonacci hereby requests this Court grant him an CM/ECF User Name and password.

ated: **October 16, 2026**

Respectfully submitted

/s/

Louis B. Antonacci
**Antonacci PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2026, I filed this Motion for I/ECF Username and Password with the U.S. District Court for the trict of Columbia's CM/ECF electronic case filing system in *Louis B. tonacci v. Rahm Israel Emanuel, et. al.*, 1:26-cv-00211 (January 23, 026), which is the trial court case from which this Petition arises, and which further caused service on all counsel of record and the trial court.

/s/

Louis B. Antonacci
**ANTONACCI PLLC**
4126 8th Street NW #3
Washington, DC 20011
703-300-4635
lou@antonaccilaw.com