**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUIS B. ANTONACCI,**<br>***Plaintiff,***<br>**v.**<br>**RAHM ISRAEL EMANUEL, et al.,**<br>***Defendants.*** | Civil Action No.: 1:26-CV-00211-ACR |

**DEFENDANTS' JOINT MEMORANDUM REGARDING JURISDICTION AND BRIEFING SCHEDULE**

Defendants, by and through undersigned counsel, hereby file this Joint Memorandum Regarding Jurisdiction and Briefing Schedule pursuant to the Court's October 15, 2026, Minute Order (the "Minute Order"). The Minute Order directed (i) Defendants to submit a brief regarding this Court's jurisdiction and (ii) the parties to confer and submit a proposed order regarding a briefing schedule for motions to dismiss.

## I. JURISDICTION

Pursuant to the Minute Order, counsel for Defendants submit this joint memorandum regarding the Court's jurisdiction following Plaintiff Louis Antonacci's ("Antonacci") filing of a mandamus petition to the U.S. Court of Appeals for the D.C. Circuit (ECF 128, 128-1).[1] As explained below, the Court does, in fact, retain jurisdiction notwithstanding Antonacci's petition.

Antonacci petitioned the D.C. Circuit under Federal Rule of Appellate Procedure 21. It is well-settled that "a trial court does not lose its jurisdiction during the pendency of a writ of mandamus." *Clark v. Taylor*, 627 F.2d 284, 288 (D.C. Cir. 1980); *see also Nascimento v. Dummer*, 508 F.3d 905, 910 (9th Cir. 2007) ("[P]etitions for extraordinary writs do not destroy the district court's jurisdiction in the underlying case."); *Ellis v. U.S. Dist. Ct. for W. Dist. of Washington*

[1] For the reasons stated in Defendants' joint statement (ECF 115), the Court lacks subject matter jurisdiction under Rule 12(b)(1).

*(Tacoma)*, 360 F.3d 1022, 1023 (9th Cir. 2004) ("[T]here is no need for us to relinquish our jurisdiction to the district court because it was never deprived of jurisdiction over the underlying case"); *Kellogg v. Watts Guerra LLP*, 41 F.4th 1246, 1259 (10th Cir. 2022) (holding, in an appeal from the dismissal of civil RICO claims, that "the filing of a mandamus petition didn't divest the district court of jurisdiction"). This is because a petition for a writ of mandamus is considered a separate action, rather than a direct appeal, which does divest the district court of jurisdiction. *In re Flynn*, 973 F.3d 74, 84 (D.C. Cir. 2020); *see also In re Jephunneh Lawrence & Assocs. Chartered*, 63 B.R. 318, 319 (Bankr. D.D.C. 1986) ("[U]nlike the filing of a notice of appeal, the mere filing of a petition for writ of prohibition and mandamus does not automatically and by operation of law immediately divest the lower court of jurisdiction.").

Even if Antonacci's petition were considered a direct appeal—which it is not—the petition would not divest the district court of jurisdiction. A direct appeal does not divest a district court of jurisdiction when (i) a party frivolously appeals or (ii) a party takes an interlocutory appeal from a non-appealable order. *United States v. DeFries*, 129 F.3d 1293, 1302-03 (D.C. Cir. 1997). Antonacci's petition suffers from both defects. It is frivolous—seeking relief from a "private, pre-motion conference," when the conference was held in open court pursuant to the Court's standing orders. ECF 128-1 at 9-10.

The petition also seeks relief from a non-appealable order, namely the Court's standing orders in civil cases. Among other things, the petition seeks to strike Paragraph 7(f) from the Court's standing orders. ECF 128-1 at 10. The Court's standing orders are not appealable orders, and Antonacci's petition lacks any argument that the standing orders are appealable. Instead, he argues that Judge Reyes has endorsed "a Zionist criminal enterprise against the Goyim Petitioner," and asks the D.C. Circuit, "[w]hat the [expletive] are we doing here?" *Id.* at 28.

Thus, it is clear that the Court retains jurisdiction over this matter pending the resolution of Antonacci's mandamus petition.

## II. BRIEFING SCHEDULE

As directed by the Minute Order, acting on behalf of the Defendants, undersigned counsel sent an email to Antonacci on October 23, 2026. *See* Exhibit A. In this email exchange, counsel for Defendants proposed dates for a briefing schedule.

In his response, Antonacci concluded that he had already filed his Amended Complaint. Among other things, he also asserted that Defendants are not allowed to brief the issue of jurisdiction again, despite the Court's order. Antonacci further noted that he would not agree to anything Defendants proposed.

Defendants propose the following briefing schedule considering Antonacci's statement that he will not agree to any proposal Defendants offer.

- On or before November 6, 2026: Antonacci to file his Amended Complaint;[2]
- On or before December 4, 2026: Defendants to file a joint motion to dismiss the Amended Complaint;
- On or before December 21, 2026: Antonacci to file his opposition to the motion to dismiss; and
- On or before January 19, 2027: Defendants to file their reply in support of the motion to dismiss.

Given the voluminous number of defendants named in Plaintiff's Amended Complaint, who are alleged to have participated in a conspiracy to murder, "race-bait," and defame Antonacci, Defendants request that the Court extend the page limits to 60 pages for the opening and opposition memoranda and 40 pages for the reply.

A Proposed Order accompanies this memorandum.

[Signature Page Follows]

[2] Plaintiff previously filed a motion to amend the complaint on August 31, 2026 (ECF 112). Plaintiff wished, among other things, to add further allegations of attempted murder. This motion was opposed. ECF 120, 121, 122, 123, 124, and 125.

Respectfully submitted this 2nd day of November, 2026.

*/s/ Thomas J. Tobin*
Barak Cohen, DC Bar No. 485945
Barak.Cohen@ashurstperkins.com
ASHURST PERKINS COIE US LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202-654-6200
Facsimile: 202-654-9000

Thomas J. Tobin, DC Bar No. 1049101
Tommy.Tobin@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys for Anita Ponder, Matthew Gehringer, Perkins Coie LLP, and Seyfarth Shaw LLP*

*On behalf of all Defendants*

Justin M. Flint, DC Bar No. 491782
ECCLESTON & WOLF, P.C
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
Tel: (202) 857-1696
Fax: (202) 857-0762
flint@ewdc.com

*Counsel for Defendants Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC*

Jonathan Su, DC Bar No. 478171
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
jonathan.su@lw.com

Edward N. Siskel (*pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
(312) 876-7700
ed.siskel@lw.com

*Attorneys for Defendant Rahm I. Emanuel*

Jason R. Waters, Esq. (D.C. Bar No. 491066)
Shari Manasseh, Esq. (D.C. Bar. No. 1031029)
Lauren Gilman, Esq. (D.C. Bar No. 90008050)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Shari.Ohri@wilsonelser.com
Lauren.Gilman@wilsonelser.com

*Counsel for Storij Inc., d/b/a The So Company*

Jason A. Ross, DC Bar No. 1047909
Jeanne Louise Heiser, DC Bar No. 219176
JACKSON LEWIS P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
Jason.Ross@jacksonlewis.com
JeanneLouise.Heiser@jacksonlewis.com

*Counsel for Holland & Knight, LLP*

Paul-Kalvin Collins, DC Bar No. 1741865
BAILEY & GLASSER, LLP
1055 Thomas Jefferson, Suite 510
Washington, DC 20007
Phone: (202) 463-2101
Fax: (202) 463-2103
pcollins@baileyglasser.com

*Attorney for Defendant ROKK*

Joshua A. c, DC Bar No. 475108
LEVY FIRESTONE MUSE LLP
900 17th St. NW, Ste. 605
Washington, D.C. 20006
Tel: 202-845-3215
Jal@levyfirestone.com

*Attorney for Defendant Bean LLC*

Christopher W. Mahoney, DC Bar No. 394416
BARCLAY DAMON LLP
1742 N Street, NW
Washington, DC 20036
(202) 689-1900
cmahoney@barclaydamon.com

*Counsel for Defendants*
*The Lane Construction Corporation and*
*Seth Firmender*

David A. Vogel, DC Bar No. 442289
COOLEY LLP
One Freedom Sq. | Reston Town Center
11951 Freedom Dr.
Reston, VA 20190-5656
dvogel@cooley.com

Katelyn Kang (*pro hac vice*)
COOLEY LLP
55 Hudson Yards, Floor 43
New York, NY 10001-2157
kkang@cooley.com

*Attorney for Defendant Descrybe LLC*

Ethan P. Fallon, DC Bar No. 1029705
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF VIRGINIA
202 North Ninth Street
Richmond, Virginia 23219
efallon@oag.state.va.us

*Counsel for The Virginia State Bar*
*and Richard W. Johnson, Jr.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of November 2026, I electronically served the foregoing Joint Pre-Motion Notice to File a Motion to Dismiss via the PACER ECF/electronic filing system on all counsel of record.

*/s/Barak Cohen*
Barak Cohen, DC Bar No. 485945

**EXHIBIT A**
**Email Exchange: October 23, 2026**

**From:** Louis Antonacci <lou@antonaccilaw.com>
**Sent:** Friday, October 23, 2026 12:26 PM
**To:** Cohen, Barak <barak.cohen@ashurstperkins.com>; Gilman, Lauren <Lauren.Gilman@wilsonelser.com>; Waters, Jason <Jason.Waters@wilsonelser.com>; Dillinger, Karen <Karen.Dillinger@wilsonelser.com>; Tobin, Thomas (SEA) <ttobin@perkinscoie.com>; Vogel, David (dvogel@cooley.com) <dvogel@cooley.com>; Laing, Hilarie <hlaing@cooley.com>; pmckinstry@cooley.com <pmckinstry@cooley.com>; Siskel, Ed (Ed.Siskel@lw.com) <Ed.Siskel@lw.com>; Fallon, Ethan P. <efallon@oag.state.va.us>; Ross, Jason (Jason.Ross@jacksonlewis.com) <Jason.Ross@jacksonlewis.com>; Barbaro, Karrie L. (DC) <karrie.barbaro@jacksonlewis.com>; Irwin, Mary (DC) <mary.irwin@jacksonlewis.com>; Heiser, Jeanne Louise L. (DC) <jeannelouise.heiser@jacksonlewis.com>; Jonathan Su (DC) <jonathan.su@lw.com>; jal@levyfirestone.com <jal@levyfirestone.com>; flint@ewdc.com <flint@ewdc.com>; Kang, Katelyn L <kkang@cooley.com>; Collins, Paul-Kalvin (PCollins@baileyglasser.com) <PCollins@baileyglasser.com>; kathrina.lim@wilsonelser.com <kathrina.lim@wilsonelser.com>; EMcneill@oag.state.va.us <EMcneill@oag.state.va.us>; Mahoney, Christopher W. <cmahoney@barclaydamon.com>
**Cc:** Chashawn White <chashawn_white@dcd.uscourts.gov>
**Subject:** Re: Antonacci v. Emannuel et al, Case No. 1:26-cv-00211-ACR (D.D.C.): Proposed Briefing Schedule

**I do not agree to anything you say or propose.**

As you know, I did not attend the "pre-motion conference" or whatever the court purported to hold on October 14, if anything took place at all.

Reyes's minute entry indicates something about a brief regarding jurisdiction, but jurisdiction has already been briefed and your motions denied; so you may not brief that issue again.

**And as you should be aware, I have a petition for writs of mandamus and prohibition pending before the DC Circuit, which seeks to compel the Court to order you to answer the first amended complaint.**

I filed the amended complaint on August 31, 2026.

You are not allowed to file another motion to dismiss. You made your motions and they were denied. The amended complaint only bolsters all my claims, as even you should be aware.

**I do not agree to anything you say or propose.**

Finally, congratulations on making a complete mockery of the American justice system. But that's what you people do best.

Lou Antonacci

**Managing Principal**
**Antonacci PLLC**
703-300-4635
lou@antonaccilaw.com

**Visit us on the web:** www.antonaccilaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

On Fri, Oct 23, 2026 at 2:53 PM Cohen, Barak <barak.cohen@ashurstperkins.com> wrote:

Mr. Antonacci,

On behalf of the defendants in case no. 1:26-cv-00211-ACR (D.D.C.), I'm reaching out to you in accordance with Judge Reyes' minute entry regarding the Pre-Motion Conference held on October 14 in which she directed the parties to confer on a briefing schedule and submit a proposed order for her consideration. The defendants propose the following briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiff: Filing Amended complaint | Friday, October 30, 2026 |
| Defendants: Filing motion to dismiss | Monday, November 16, 2026 |
| Plaintiff: Filing opposition to motion to dismiss | Monday, November 30, 2026 |
| Defendants: Filing reply ISO motion | Monday, December 14, 2026 |

Please let us know if you agree to the above timeline, or your suggested changes if you do not agree. Have a great weekend.

Best,

Barak Cohen

**Barak Cohen**

Partner

D: +1 202 654 6337
**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com