**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LOUIS B. ANTONACCI,**

***Plaintiff,***

**v.**

**RAHM ISRAEL EMANUEL, et al.,**

***Defendants.***

**Civil Action No.: 1:26-CV-00211-ACR**

**PROPOSED ORDER REGARDING JURISDICTION AND BRIEFING SCHEDULE**

THIS MATTER comes before the Court pursuant to the Court's October 15, 2026, Minute Order (the "Minute Order"). In the Minute Order, the Court required Defendants to brief the issue of jurisdiction and ordered the parties to propose a briefing schedule regarding Plaintiff's Amended Complaint. Having reviewed Defendants' submission regarding the Minute Order, it is hereby **ORDERED** that:

A. The Court is satisfied that it retains jurisdiction over the matter while Plaintiff's mandamus petition is pending at the D.C. Circuit, for the reasons given in Defendants' submission.[1]

B. The Court adopts the following briefing schedule:

i. On or before November 6, 2026: Plaintiff to file his Amended Complaint;

ii. On or Before December 4, 2026: Defendants to file a joint motion to dismiss the Amended Complaint;

iii. On or before December 21, 2026: Plaintiff to file his opposition to the motion to dismiss; and

[1] Separately, the Court has a continuing obligation to assess its subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), and it will address issues of subject matter jurisdiction in due course.



190026869.3

iv. On or before January 19, 2027: Defendants to file their reply in support of the motion to dismiss.

C. Given the consolidated nature of the Rule 12 briefings, the page limits of the memoranda shall be as follows: 60 pages for the initial and response memoranda, and 40 pages for the reply brief. No sur-replies will be allowed.

D. As noted in the Minute Order, all discovery in this case—including all Requests for Admission—are stayed indefinitely pending further order of the Court.

So ORDERED this ____ day of _____, 2026.

______________________
Judge Anna C. Reyes
U.S. District Judge