**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Louis B. Antonacci<br><br>Plaintiff,<br><br>v.<br><br>Rahm Israel Emanuel, *et al*.<br><br>Defendants. | ) | Civil Action No. 1:26-cv-00211-ACR |

**JOINT MOTION TO DISMISS**

Defendants, by counsel and pursuant to Fed. R. Civ. P. 8, 9, 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(5) and 12(b)(6), hereby jointly move this Court for an Order dismissing with prejudice Plaintiff's Complaint.

The grounds for this Motion are set forth in the accompanying Memorandum of Law filed in support of the Motion.

Respectfully submitted this 16th day of November 2026.

/s/ Christopher W. Mahoney
Christopher W. Mahoney, DC Bar No. 394416
BARCLAY DAMON LLP
1742 N Street, NW
Washington, DC 20036
Telephone: (202) 689-1900
Facsimile: (202) 689-1901
cmahoney@barclaydamon.com

*Counsel for Defendants*
*The Lane Construction Corporation and*
*Seth Firmender*

*On behalf of all Defendants*

Jason A. Ross, DC Bar No. 1047909
Jeanne Louise Heiser, DC Bar No. 219176
JACKSON LEWIS P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
(703) 483-8300 – Telephone
(703) 483-8301 – Facsimile
Jason.Ross@jacksonlewis.com
JeanneLouise.Heiser@jacksonlewis.com

*Counsel for Holland & Knight, LLP*

Barak Cohen, DC Bar No. 485945
Barak.Cohen@ashurstperkins.com
ASHURST PERKINS COIE US LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
Telephone: 202-654-6200
Facsimile: 202-654-9000

Thomas J. Tobin, DC Bar No. 1049101
Tommy.Tobin@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys for Anita Ponder, Matthew Gehringer, Perkins Coie LLP, and Seyfarth Shaw LLP*

Justin M. Flint, DC Bar No. 491782
ECCLESTON & WOLF, P.C
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
Tel: (202) 857-1696
Fax: (202) 857-0762
flint@ewdc.com

*Counsel for Defendants Parrish Law Firm, PLLC and 9208 Lee Avenue, LLC*

Jonathan Su, DC Bar No. 478171
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
jonathan.su@lw.com

Edward N. Siskel (*pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
(312) 876-7700
ed.siskel@lw.com

*Attorneys for Defendant Rahm I. Emanuel*

Jason R. Waters, DC Bar No. 491066
Shari Manasseh, DC Bar. No. 1031029
Lauren Gilman, DC Bar No. 90008050
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Shari.Ohri@wilsonelser.com
Lauren.Gilman@wilsonelser.com

*Counsel for Storij Inc., d/b/a The So Company*

Paul-Kalvin Collins, DC Bar No. 1741865
BAILEY & GLASSER, LLP
1055 Thomas Jefferson, Suite 510
Washington, DC 20007
Phone: (202) 463-2101
Fax: (202) 463-2103
pcollins@baileyglasser.com

*Attorney for Defendant ROKK*

Joshua A. Levy, DC Bar No. 475108
LEVY FIRESTONE MUSE LLP
900 17th St. NW, Ste. 605
Washington, D.C. 20006
Tel: 202-845-3215
Jal@levyfirestone.com

*Attorney for Defendant Bean LLC*

Ethan P. Fallon, DC Bar No. 1029705
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF VIRGINIA
202 North Ninth Street
Richmond, Virginia 23219
efallon@oag.state.va.us

*Counsel for The Virginia State Bar and Richard W. Johnson, Jr.*

David A. Vogel, DC Bar No. 442289
COOLEY LLP
One Freedom Sq. | Reston Town Center
11951 Freedom Dr.
Reston, VA 20190-5656
dvogel@cooley.com

Katelyn Kang (*pro hac vice*)
COOLEY LLP
55 Hudson Yards, Floor 43
New York, NY 10001-2157
kkang@cooley.com

*Attorney for Defendant Descrybe LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November 2026, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing upon all parties of record to this cause by electronic notification (NEF) to the CM/ECF participating attorneys.

/s/ Christopher W. Mahoney
Christopher W. Mahoney