**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Louis B. Antonacci<br><br>Plaintiff,<br><br>v.<br><br>Rahm Israel Emanuel, *et al*.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-00211-ACR |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Joint Motion To Dismiss Plaintiff's Complaint and the entire record herein, it is this _____ day of ________, 2026 hereby:

ORDERED that the Motion be and is hereby GRANTED, and it is further

ORDERED that Plaintiff's Complaint be and is hereby dismissed with prejudice.

________________________________
United States District Judge