**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUIS B. ANTONACCI,<br>*Plaintiff*,<br>v.<br>RAHM ISRAEL EMANUEL, et al.,<br>*Defendants*. | Case No. 26-cv-211 (ACR) |

# ORDER

Pending before the Court are Defendants' Motion to Dismiss Plaintiff, Dkt. 140. Because consideration of Defendants' Motion could potentially dispose of this case, the Court advises Plaintiff, proceeding *pro se*, of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) (per curiam), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. *See id.* at 509. The Court must provide "notice . . . [that] include[s] an explanation that the failure to respond to an adverse party's . . . motion may result in the . . . [C]ourt['s] granting the motion and dismissing the case." *Id.* In addition, this Court's Local Rules concerning dispositive motions state: "Within 14 days of the date of service or at such other time as the [C]ourt may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion . . . [or] the [C]ourt may treat the motion as conceded." LCvR 7(b). Further, the Court may treat as conceded any unopposed arguments that Defendants advance in their Motions. *See, e.g.*, *Hopkins v. Women's Div., Gen. Bd. of Global Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x. 8 (D.C. Cir. 2004).

The Court hereby advises Plaintiff of his obligations under the Federal Rules of Civil Procedure and the Local Civil Rules. If Plaintiff fails to submit a memorandum responding to Defendants' Motion, the Court may treat the Motion as conceded, grant the Motion, and dismiss Plaintiff's case. Or the Court may rule on the Motion while considering only Defendants' arguments.

Accordingly, the Court hereby **ORDERS** Plaintiff to respond to Defendants' Motion on or before **November 30, 2026**. The Court reiterates that if Plaintiff fails to respond or to move for an extension of time by that date, the Court may treat the Motion as conceded and grant them on that basis.

**SO ORDERED.**

Date: November 17, 2026

Ana C. Reyes
United States District Judge